Ronald J. Resmini Ltd.
Law Offices
401-751-8855
Fax: (401) 737-6464

*Ronald J. Resmini

*Ronald J. Creamer

Packet Building
155 South Main Street, Suite 400
Providence, Rhode Island 02903
Toll Free: 1-800-215-8000

January 7, 2005

Barbara J. Gilfillan
Deputy Clerk
U.S. District Court
Civil Division
One Exchange Terrace
Federal Building & Courthouse
Prov., RI 02903

RECEIVED
JAN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RE: The Station

Dear Ms. Gilfillan:

Enlcosed please find a complete copy of the Andrew Paskowski Complaint which has been filed with the Court on December 28, 2004.

However, I erroneously did not attach a certification to the Paskowski Complaint, therefore, no copies were sent out to opposing counsels. I have this day mailed copies of the Andrew Paskowski Complaint to all counsel.

I apologize for any inconvenience this may have caused you.

Very truly yours,

Elaine M. Orsini

Elaine M. Orsini, Paralegal

Enclosure--Complete Copy of
Andrew Paskowski Complaint

41 Mink Street, Seekonk, Massachusetts 02771 (508) 336-0500
*Members of Rhode Island and Massachusetts Bar
Board Examiner National Board of Trial Advocacy (1991)

2

UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 03-148L TAMMY PASSA v. JEFFREY DERDERIAN, ET AL
CA 03-335L GEORGE GUINDON v. AMERICAN FOAM CORP. ET AL
CA 03-208L RONALD KINGSLEY v. JEFFREY DERDERIAN, ET AL
CA 03-483L ESTATE OF JUDE HENAULT v. AMERICAN FORM CORP., ET AL
CA 04-26L LINDA RODERIQUES v. AMERICAN FOAM CORP., ET AL
CA 04-56L CHARLES SWEET v. AMERICAN FOAM CORP., ET AL
CA 04-312L ALBERT GRAY, ET AL v. JEFFREY DERDERIAN, ET AL
CA 05-~~200~~L 52 ANDREW PASKOWSKI, ET AL v. JEFFREY DERDERIAN, ET AL

**PRO FORMA COMPLAINT**
**REGARDING STATION NIGHTCLUB**
**FIRE LITIGATION**

Plaintiffs in this matter hereby adopt and incorporate by reference the First Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al. (Defendants), C.A. No. 04-31L in its entirety.

Plaintiffs,
By their Attorneys,

BY: ______________________
Ronald J. Resmini, Esq.
Federal Bar No. 0484
155 South Main St. - Suite 400
Providence, RI 02903
DATED: December 22, 2004
(401)751-8855

## PARTIES

**PLAINTIFFS**

(252) The Plaintiff, Andrew Paskowski, resident of 264 O'Neil Rd., Somerset, MA, was a patron of the Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. He sustained permanent disfigurement, scarring and permanent loss of function.

(253) The Plaintiff, Erick Dawson, resident of Apt. 4, 127 Legris Ave., West Warwick, was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground. He was injured when he sustained inhalation injuries (a) Jennifer Dawson, wife of Eric Dawson, alleges claims for loss of consortium and (b) Eric Dawson and Jennifer Dawson brings a claim as mother and next-of-friend of minor children, Jerri Ann and Nicholas Dawson.

(254) The Plaintiff, Jacqueline Bernard, resident of 50 Friendly Rd., Cranston, RI, was a patron of The Station night-club on February 20,

2003, and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club and (a) brings a claim for loss of consortium for her minor children, Desiree L. and Tam Joseph.

(255) The Plaintiff, Gerald Lee Kemler, jurisdiction address if 54 54 Wyllys St., Glastonbury, CT 06033 on behalf of the wrongful death sustained by Matthew P. Darby who was lawfully on the premises of The Station night-club on Cowesett Ave., West Warwick, RI on February 20, 2003 and died from injuries sustained in the fire. Matthew Darby, dob 12/14/67, was the son of Gerald Lee Kemler and the child of his biological mother, Patty Quintiliani.

(256) The Plaintiff, Donna Innamorati is a resident of, 2675 NE 59th Terrace, Silver Springs, FL 34488-201. Donna Innamorati, was a patron of The Station night-club on February 20, 2003 was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Her injuries are psychological and of personal

injuries (a) Donna Innamorati as parent and next-of-friend of minor children seeks loss of consortium for Heather Grant, dob 10/8/86 and Tara Grant, dob 12/28/87.

(257) The Plaintiff, Alton Ramos, also of 3675 NE 59th Terrace, Silver Springs, FL 34488-2017 was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Alton Ramos sustained personal injuries and psychological damage and (a) as parent and next- of-friend seeks loss of consortium benefits for Angelica Ramos, dob 6/7/93.

PRAYERS FOR RELIEF
SUBMITTED ON BEHALF OF THE PLAINTIFFS
IN ANDREW PASKOWSKI, ET ALS v. JEFFREY DERDERIAN, ET AL, C.A.NO. 03-148L

WHEREFORE, the Plaintiffs respectfully pray for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

JURY DEMAND

The Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
THE PLAINTIFFS

BY: ______________________

RONALD J. RESMINI, ESQ.
Federal Bar No. 0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: December 22, 2004
(401)751-8855

**CERTIFICATION**

I hereby certify that an exact copy of the within document was mailed to the following individuals on this 7th day of January, 2005.

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, P.C.
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

Gregory L. Boyer, Esq.
170 Westminster Street, Suite 200
Providence, Rhode Island 02903-2196

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, Rhode Island 02908

Joseph B. Burns, Esq.
ROME McGUIGAN SABANOSH, P.C.
One State Street
Hartford, Connecticut 06103

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, Rhode Island 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, Illinois 60606

Brian Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, Rhode Island 02914

Michael P. DeLuca, Esq.
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, Rhode Island 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P O BOX 2563
Providence, Rhode Island 02906-2563

Stefanie DiMaio-Larivee, Esq.
James Howe, Esq.
GRILLI & DIMAIO
215 Broadway
Providence, Rhode Island 02903

Mark P. Dolan, Esq.
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, Rhode Island 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market St.
Philadelphia, PA 19103-3508

Stephen E. Fogerty, Esq.
HALLORAN & SAGE LLP
315 Post Road West
Westport, Connecticut 06880

Mark Hadden, Esq.
68 Kennedy Plaza, Suite 3
Providence, Rhode Island 02903

Carl A. Henlein, Esq.
John R. Crockett, III., Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Fl.
Louisville, Kentucky 40202-3363

Edward T. Hinchey, Esq.
Curtis R. Diedrick, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, Massachusetts 02108

Daniel J. Horgan, Esq.
THE HORGAN LAW OFFICES
111 Huntington Street
New London, Connecticut 06320

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, Massachusetts 02110

Howard Julian
570 Shermantown Road
North Kingstown, Rhode Island 02874

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, New York 10022

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
NIXON PEABODY, LLP
One Citizens Plaza, Suite 700
Providence, Rhode Island 02903

Joseph Krowski, Esq.
30 Cottage Street
Brockton, Massachusetts 02310

Donna M. Lamontagne, Esq.
ZIZIK, POWERS, O'CONNELL,
SPAULDING, LAMONTAGNE, P.C.
40 Westminster Street, Suite 201
Providence, Rhode Island 02903

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK
One State Street, Suite 400
Providence, Rhode Island 02908

Faith LaSalle, Esq.
LAW OFFICES OF FAITH A. LASALLE
One Turks Head Place, Suite 1010
Providence, Rhode Island 02903

James R. Lee, Esq.
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, Rhode Island 02903

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, Rhode Island 02903-2914

Richard W. MacAdams, Esq.
MACADAMS & WIECK INCORPORATED
10 Dyer Street, Suite 400
Providence, Rhode Island 02903

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd floor
Providence, Rhode Island 02903

Eva Marie Mancusco, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, Rhode Island 02909

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, Rhode Island 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219

Edwin F. McPherson, Esq.
MCPHERSON & KALMANSOHN LLP
1801 Century Park East, 24th floor
Los Angeles, California 90067

Matthew F. Medeiros, Esq.
LITTLE BULMAN MEDEIROS & WHITNEY
71 Pine Street
Providence, Rhode Island 02903

Howard A. Merten, Esq.
ERic M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, Rhode Island 02907

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN, P.C.
38 Huntington Street
P O BOX 1351
New London, Connecticut 06320

James T. Murphy, Esq.
Kelly N. Michels, ESq.
HANSON CURRAN, LLP
146 Westminster Street
Providence, Rhode Island 02903

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
164 Hempstead Street
New London, Connecticut 06320

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919

Stephen M. Prignano, Esq.
Stephen J. MacGillvray, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Robert I. Reardon, Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM
160 Hempstead Street
New London, Connecticut 06320

Charles N. Redihan Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, Rhode Island 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, Rhode Island 02903

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE
946 Centerville Road
Warwick, Rhode Island 02886

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
1193 Tioque Avenue
Coventry, Rhode Island 02816

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, Pennsylvania 19103-7301

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, Massachusetts 02108

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, Texas 77010

George E. Wolf, III, Esq.
SHOOK, HARDY & BACON, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118

Max Wistow, Esq.
John P. Barylick, Esq.
WISTOW & BARYLICK
61 Weybosset St.
Prov., RI 02903

Elaine M. Orsini