UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDREW PASKOWSKI, et al. | : | |
| | : | |
| vs. | : | C.A. No. 05-002 L |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |

RESPONSE TO FIRST AMENDED MASTER COMPLAINT

Defendants State of Rhode Island and Irving J. Owens hereby respond to the First Amended Master complaint on file herein by referring to and incorporating their previously filed Motion to Dismiss.

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 13th day of January, 2005, a copy of the within was e-mailed to the certification list.

Melina DiFiore

angelonelaw@aol.com;
atrevelise@reedsmith.com;
Bkeller@debevoise.com;
boyerlaw1@aol.com;
Brian@briancunha.com;
CBabcock@jw.com;
cdiedrich@sloanewalsh.com;
cfallon@cozen.com;
credihan@KPRLaw.com;
dlamontagne@zizikpowers.com;
dmaroney@kkrs.com;
ecrane@skadden.com;
ehinchey@sloanewalsh.com;
emcpherson@m-klaw.com;
esommers@vetterandwhite.com;
fkelly@nixonpeabody.com;
flasalle@lasallelaw.com;
fogerty@halloran-sage.com;
Georgia.Sullivan@thehartford.com;
Gwolf@shb.com;
hmerten@vetterandwhite.com;
inmantourgeelaw@aol.com;
jmargolis@debevoise.com;
Joan Palmer;
johnmahoney@amlawllp.com;
jreilly@kkrs.com;
jrestivo@reedsmith.com;
jrojas@goodwin.com;
jruggieri@hcc-law.com;
jtm@hansoncurran.com;
jvc@blishcavlaw.com;
ker@blishcavlaw.com;
knm@hansoncurran.com;
lwilkins@smithbrink.com;
mcahill@choate.com;
mfm@lmkbw.com;
mhadden@mhaddenlaw.com;
mikesp@rrsplaw.com;
mnugent@morrisonmahoney.com;
MRD@gsm-law.com;
msmandell@msn.com;
pjones@cmj-law.com;
pvsullivan@morrisonmahoney.com;
rbengtson@ckmlaw.com;
Reardonlaw@aol.com;
Resminilaw@yahoo.com;

ricedolank@aol.com;
rlanglois@smithbrink.com;
rmacadams@mandwlaw.com;
rmonaco.c-l@snet.net;
rsouza@nixonpeabody.com;
sbreggia@bbglaw.us;
singinglawyer@msn.com;
smacgillivray@edwardsangell.com;
SMinicucci@calvinolaw.com;
sohohomes@yahoo.com;
sprignano@edwardsangell.com;
stucker@ths-law.com;
swettle@fbtlaw.com;
tdemarco@conversent.net;
tlyons@straussfactor.com;
tmcgough@reedsmith.com;
wvenditti@wistbar.com