**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDREW PASKOWSKI, ET AL | : | |
| | : | |
| VS. | : | C.A. NO. 2005-002 L |
| | : | |
| JEFFREY DERDERIAN, ET AL | : | |

***ANSWER OF DEFENDANT DANIEL BICEHELE***

The Plaintiffs have adopted the First Amended Master Complaint in Albert L. Gray, Administrator, Et Al vs. Jeffrey Derderian, Et Al vs. Home Depot, U.S.A. Inc., C. A. No. 04-312 L, this Defendant hereby incorporates the Answer filed on his behalf as his answer hereto.

Additional Plaintiffs' allegations identified in Paragraphs 249, 250 and 251 are answered as follows:

252. through 257. Defendant Daniel Biechele is without knowledge or information as to the identity of the Plaintiffs, their representative capacity or their residency and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the remaining allegations contained in Paragraphs 252 through 257 of the First Amended Master Complaint at this time.

WHEREFORE, Defendant Daniel Biechele demands entry of Judgment in his behalf as to Plaintiffs' First Amended Master Complaint.

5

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

***CERTIFICATION***

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

James R. Lee, Esq.
Assistant Attorney General
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Marc DeSisto, Esq.
Michael A. DeSisto, Esq.
Kathleen M. Daniels, Esq.
DeSisto Law Offices
PO Box 2563
Providence, RI 02906

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane and Walsh LLP
127 Dorrance Street
Providence, RI 02903

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
Ronald J. Resmini, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan A. Wettle, Esq.
Frost Brown Todd
400 West Market Street, 32nd Floor
Louisville, KY 40202

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
Zizik, Powers, O'Connell, Spaulding, Lamontagne
40 Westminster Street
Providence, RI 02903

Faith A. LaSalle, Esq.
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Plaza
Philadelphia, PA 19103

I hereby certify that I e-mailed a true copy of the within to the above counsel of record by first class mail, postage prepaid, on the 14th day of January, 2005.

[signature]