**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANDREW PASKOWSKI, et al.,

Plaintiffs,

v. C.A. No. 05-002L

AMERICAN FOAM CORPORATION, et al.,

Defendants.

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company hereby move that James J. Restivo, Jr. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- [x] The case involves the following complex area of the law, in which pro hac vice counsel specializes: Mass tort.
- [ ] Pro hac vice counsel's long-standing representation of the client: ______________________________.
- [ ] The local trial bar lacks experience in the field of: ____________________________.
- [ ] The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________________________.
- [ ] The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ________________________________.
- [ ] It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- [ ] Other: __________________________________________________________.

8

CLEAR CHANNEL BROADCASTING, INC. and CAPSTAR RADIO OPERATING COMPANY,

By its Attorneys,

Stephen J. MacGillivray (TWE)

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
(Local Associate Counsel)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: February 3, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANDREW PASKOWSKI, et al.,

Plaintiffs,

v. C.A. No. 05-002L

AMERICAN FOAM CORPORATION, et al.,

Defendants.

**JAMES J. RESTIVO, JR.'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: Albert Gray, et al. v. American Foam Corporation, et al., C.A. No. 04-312L **(consolidated)**.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3122
(412) 288-3063 (fax)

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
(Local Associate Counsel)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**ORDER:**

This motion is hereby ____________________.

______________________________
U.S. District Judge

Date: ________________

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 3rd day of February, 2005, I caused a true copy of the within to be served by electronic mail to the following counsel of record:

Gregory Boyer, Esq.
boyerlaw1@aol.com

Howard Julien, Esq.
sohohomes@yahoo.com

Joseph Cavanagh, Jr. , Esq.
jvc@blishcavlaw.com

Brian Cunha, Esq.
Brian@briancunha.com

Russell Bengston, Esq.
RBengston@ckmlaw.com

Ralph Monaco, Esq.
Rmonaco.c-l@snet.net

Jessica Margolis, Esq.
jmargolis@debevoise.com

Susan Wettle, Esq.
swettle@fbtlaw.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

James Ruggieri, Esq.
jruggieri@hcc-law.com

Stefanie DiMaio-Larivee, Esq.
singinglawyer@msn.com

Randall Souza, Esq.
rsouza@nixonpeabody.com

Charles Redihan, Jr. , Esq.
credihan@kprlaw.com

Mark Hadden, Esq.
mhadden@mhaddenlaw.com

Matthew Medeiros, Esq.
mfm@lmkbw.com

Mark Mandell, Esq.
msmandel@msn.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

John Mahoney, Esq.
johnmahoney@amlawllp.com

Stephen Breggia, Esq.
sbreggia@bbglaw.us

Steven Minicucci, Esq.
sminicucci@calvinolaw.com

Mark Cahill, Esq.
mcahill@choate.com

Patrick Jones, Esq.
pjones@cmj-law.com

Mark DeSisto, Esq.
marc@desistolaw.com

Mark T. Nugent, Esq.
mnugent@morrisonmahoney.com

James Murphy, Esq.
jtm@hansoncurran.com

Thomas Angelone, Esq.
angelonelaw@aol.com

Charles Babcock, Esq.
cbabcock@jw.com

Donald Maroney, Esq.
dmaroney@kkrs.com

Faith LaSalle, Esq.
flasalle@lasallelaw.com

Ronald Resmini, Esq.
Resminilaw@yahoo.com

Richard MacAdams, Esq.
Rmacadams@mandwlaw.com

Edwin McPherson, Esq.
emcpherson@m-klaw.com

Michael St. Pierre, Esq.
mikesp@rrsplaw.com

James Lee, Esq.
jlee@riag.state.ri.us

Thomas Lyons, Esq.
tlyons@straussfactor.com

Ann Songer, Esq.
asonger@shb.com

Edward Crane, Esq.
ecrane@skadden.com

Joseph J. McGair, Esq.
jjm@petrarcamcgair.com

Scott Tucker, Esq.
Stucker@ths-law.com

Max Wistow, Esq.
wvenditti@wistbar.com

Earl H. Walker, Esq.
ewalker@jw.com

Robert Reardon, Jr., Esq.
Robert Rimmer, Esq.
Reardonlaw@aol.com

Stephen M. Prignano, Esq.
sprignano@edwardsangell.com

Stephen Izzi, Esq.
Stephen.Izzi@hklaw.com

Anthony DeMarco, Esq.
tdemarco@conversent.net

Mark Dolan, Esq.
ricedolank@aol.com

Mark Ostrowski, Esq.
mostrowski@goodwin.com

George Wolf III, Esq.
GWolf@shb.com

Curtis Diedrich, Esq.
c.diedrich@sloanewalsh.com
Edward Hinchey, Esq.
Ehinchey@sloanewalsh.com

Ronald Langlois, Esq.
rlanglois@smithbrink.com

Howard Merten, Esq.
hmerten@vetterandwhite.com

Donna Lamontagne, Esq.
Dlamontagne@zizikpowers.com

Christopher Fallon, Esq.
cfallon@cozen.com

W. Thomas McGough, Jr., Esq.
wmcgough@reedsmith.com
James J. Restivo, Jr., Esq.
jrestivo@reedsmith.com

Georgia Sullivan, Esq.
georgia.sullivan@thehartford.com

______________________________
Counsel for The Clear Channel Defendants