UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| ANDREW PASKOWSKI, ET AL. Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 05-002L |
| JEFFREY DERDERIAN, ET AL. Defendants. | § § § § § | Judge: Ronald R. Lagueux |

**ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFFS' PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB LITIGATION SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS**

TO THE HONORABLE COURT:

BRIAN BUTLER (the 24th listed Defendant in the above-referenced action, hereinafter "BUTLER" or "Defendant"), TVL BROADCASTING, INC. (the 25th listed Defendant in the above-referenced action, hereinafter listed as "TVL" or "Defendant"), and STC BROADCASTING, INC. (the 26th listed Defendant in the above-referenced action, hereinafter listed as "STC" or "Defendant") (collectively, "Defendants") respectfully file this Answer to Plaintiffs' Pro Forma Complaint Regarding Station Nightclub Fire Litigation Subject To TVL's And STC's separately filed Partial Motion to Dismiss, as follows:

Defendants incorporate by reference their previously filed Answer To The First Amended Master Complaint filed in the *Gray* case (C.A. 04-312L).[1] In addition, Defendants answer Plaintiffs' additional claims as follows:

[1] Without waiving any of their defenses related to service of process, Defendants state that their counsel has received a copy of "Pro Forma Complaint Regarding Station Nightclub Litigation" in *Paskowski, et al. v. Jeffrey Derderian, et al.* case (C.A. 05-002L), which adopts the First Amended Master Complaint filed in *Gray, et al. v. Jeffrey Derderian, et al.* (C.A. 04-312L). Defendants themselves have never been properly served with service of process in the *Paskowski* case. To the extent Defendants are presently before this Court in the *Paskowski* matter, Defendants submit this Answer.

3814484v1

19

## PARTIES

**Plaintiffs**

(252) The Plaintiff, Andrew Paskowski, resident of 264 O'Neil Rd., Somerset, MA, was a patron of the Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. He sustained permanent disfigurement, scarring and permanent loss of function.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

(253) The Plaintiff, Erick Dawson, resident of Apt. 4, 127 Legris Ave., West Warwick, was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground. He was injured when he sustained inhalation injuries (a) Jennifer Dawson, wife of Eric Dawson, alleges claims for loss of consortium and (b) Eric Dawson and Jennifer Dawson brings a claim as mother and next-of-friend of minor children, Jerri Ann and Nicholas Dawson.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

(254) The Plaintiff, Jacqueline Bernard, resident of 50 Friendly Rd., Cranston, RI, was a patron of the Station night-club on February 20, 2003, and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club and (a) brings a claim for loss of consortium for her minor children, Desiree L. and Tam Joseph.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

(255) The Plaintiff, Gerald Lee Kemler, jurisdiction address if 54 54 Wyllys St., Glastonbury, CT 06033 on behalf of the wrongful death sustained by Matthew P. Darby who was lawfully on the premises of the Station night-club on Cowesett Ave., West Warwick, RI on February 20, 2003 and died from injuries sustained in the fire. Matthew Darby, dob 12/14/67, was the son of Gerald Lee Kemler and the child of his biological mother, Patty Quintiliani.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

(256) The Plaintiff, Donna Innamorati is a resident of, 2675 NE 59th Terrace, Silver Springs, FL 34488-201. Donna Innamorati, was a patron of The Station night-club on February 20, 2003 was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Her injuries are psychological and of personal injuries (a) Donna Innamorati as parent and next-of-friend of minor children seeks loss of consortium for Heather Grant, dob 10/8/86 and Tara Grant, dob 12/28/87.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

(257) The Plaintiff, Alton Ramos, also of 3675 NE 59th Terrace, Silver Springs, FL 34488-2017 was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Alton Ramos sustained personal injuries and psychological damage and (a) as parent and next-of friend seeks loss of consortium benefits for Angelica Ramos, dob 6/7/93.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

**PRAYERS FOR RELIEF**
**SUBMITTED ON BEHALF OF THE PLAINTIFFS**
**IN ANDREW PASKOWSKI, ET ALS V. JEFFREY DERDERIAN,**
**ET AL, C.A.NO. 03-148L**

WHEREFORE, the Plaintiffs respectfully pray for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

**RESPONSE:** Defendants deny that Plaintiffs are entitled to recover any damages from any of these Defendants and are without knowledge or information sufficient to form a basis as to whether Plaintiffs are entitled to recover damages from any other Defendants. The claims in the PRAYERS FOR RELIEF paragraph found at page 5 of Plaintiffs' Pro Forma Complaint Regarding Station Nightclub Fire Litigation are acknowledged but denied.

**AFFIRMATIVE DEFENSES**

1. The Plaintiffs fail to state a claim upon which relief could be granted against these Defendants.

2. The claim asserted against TVL and STC derived through the conduct of Derderian is barred by the First Amendment to the United States Constitution and Article I, Sections 20 and 21 of the Rhode Island Constitution.

3. STC denies that it is the corporate owner of WPRI-TV, Channel 12, and is, therefore, the wrong corporate defendant. STC was merged into TVL in August 2002 and has no corporate existence.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the claims against them be dismissed with prejudice and that they recover their costs of suit herein and that they be awarded such further relief at law or in equity as to which they may be entitled.

Respectfully submitted,

Defendants TVL BROADCASTING, INC., STC BROADCASTING, INC. and BRIAN BUTLER,
by their Attorneys,

________________________________________

Charles L. Babcock
Nancy W. Hamilton
Earl H. Walker
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax

DATED: __________________

Richard W. MacAdams, #1681
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the claims against them be dismissed with prejudice and that they recover their costs of suit herein and that they be awarded such further relief at law or in equity as to which they may be entitled.

Respectfully submitted,

Defendants TVL BROADCASTING, INC., STC BROADCASTING, INC. and BRIAN BUTLER,
by their Attorneys,

Charles L. Babcock /DMR

Charles L. Babcock
Nancy W. Hamilton
Earl H. Walker
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax

DATED: 2/4/05

Denean M. Russo

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of February, 2005, a true and correct copy of ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFFS' PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB LITIGATION SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS was served via email in PDF format only, upon:

| | |
|---|---|
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer | asonger@shb.com |
| Anthony F. DeMarco | tdemarco@conversent.net |
| Brian R. Cunha | Brian@Briancunha.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Donna M. Lamontagne | Dlamontagne@zizikpowers.com |
| Edward M. Crane | ecrane@skadden.com |
| Edward T. Hinchey | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | mcpherson@m-klaw.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Faith A. LaSalle | flasalle@lasallelaw.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Gregory L. Boyer | boyerlaw1@aol.com |
| Howard A. Merten | hmerten.station@vetterandwhite.com |
| Howard J. Julian | sohohomes@yahoo.com |
| J. Renn Olenn | jro@olenn-penza.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr. | jrestivo@reedsmith.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy | jtm@hansoncurran.com |
| Jessica L. Margolis | jmargolis@debevoise.com |
| John J. Nazzaro | attynazzaro@aol.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph M. McGair | jjm@petrarcamcgair.com |
| Joseph V. Cavanagh, Jr. | jvc@blishcavlaw.com |
| Marc DeSisto | marc@Desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill | mcahill@choate.com |

| | |
|---|---|
| Mark K. Ostrowski | mostrowski@goodwin.com |
| Mark P. Dolan | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark Tourgee | inmantourgeelaw@aol.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | wvenditti@wistbar.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Randall L. Souza | RSouza@nixonpeabody.com |
| Richard W. MacAdams | Rmacadams@mandwlaw.com |
| Robert Reardon and Robert Rimmer | Reardonlaw@aol.com |
| Ronald J. Resmini | Resminilaw@yahoo.com |
| Ronald Langlois | rlanglois@smithbrink.com |
| Russell Bengtson | RBengtson@ckmlaw.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | singinglawyer@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia | sbreggia@BBGlaw.us |
| Stephen M. Prignano | sprignano@EdwardsAngell.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci | SMinicucci@calvinolaw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |

Nancy Hamilton /DML
Nancy Hamilton