UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ANDREW PASKOWSKI, et al. :
:
vs. : C.A. No. 05-002 L
:
JEFFREY DERDERIAN, et al. :

RESPONSE OF DEFENDANTS, DENIS LAROCQUE, ANTHONY BETTENCOURT, AND MALCOLM MOORE IN HIS CAPACITY AS FINANCE DIRECTOR FOR THE TOWN OF WEST WARWICK TO FIRST AMENDED MASTER COMPLAINT

Defendants Denis Larocque, Anthony Bettencourt, and Malcolm Moore in his capacity as Finance Director for the Town of West Warwick hereby respond to the First Amended Master complaint adopted pro forma by the above referenced plaintiffs and on file herein by referring to and incorporating their previously filed Motion to Dismiss.

Respectfully submitted,

Denis Larocque and
Town of West Warwick,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

20

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 11th day of February, 2005, a copy of the within was e-mailed to the certification list.

Laura Sarza

| | |
|---|---|
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Anthony R. Leone, Esq. | ricedolan@ricedolankershaw.com |
| Brian Cunha, Esq. | brian@briancunha.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Charles Redihan | credihan@KPRlaw.com |
| Chip Babcock, Esq. | cbabcock@jw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Donna M. Lamontagne, Esq. | dlamontagne@zizikpowers.com |
| Edward Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric M. Sommers, Esq. | esommers@vetterandwhite.com |
| Eva Mancuso, Esq. | emancuso@hwac.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| Fred A. Kelly, Jr., Esq. | fkelly@nixonpeabody.com |
| Georgia Sullivan, Esq. | Georgia.Sullivan@thehartford.com |
| George Wolf, Esq. | gwolf@shb.com |
| Gerald C. DeMaria, Esq. | gdemaria@hcc-law.com |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Howard A. Merten, Esq. | hmerten@vetterandwhite.com |
| Howard Julien (pro se) | sohohomes@yahoo.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| James H. Reilly, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Jessica L. Margolis, Esq. | jmargolis@debevoise.com |
| John R. Crockett III, Esq. | jcrockett@fbtlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.cm |
| Joseph V. Cavanagh, Jr., Esq. | jvc@blishcavlaw.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |

| | |
|---|---|
| Kristin E. Rodgers, Esq. | ker@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Mark Cahill, Esq. | mcahill@choate.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark Ostrowski, Esq. | mostrowski@goodwin.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | wvenditti@wistbar.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | rsouza@nixonpeabody.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert Reardon, Esq. and Robert Rimmer, Esq. | reardonlaw@aol.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald Resmini, Esq. | resminilaw@yahoo.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy A. Williamson, Esq. and Mark D. Tourgee, Esq. | inmantourgeelaw@aol.com |
| W. Thomas McGough | tmcgough@reedsmith.com |