# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) DANIEL BIECHELE, ALIAS
RESIDENT AGENT FOR SERVICE OF PROCESS:

DONALD J. MARONEY, ESQ.
Kelly, Kelleher, Reilly & Simpson
146 Westminster ST.
Suite 500
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube — DATE 3/30/05

(By) DEPUTY CLERK Chief Deputy Clerk

21