FILED
APR 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ANDREW PASKOWSKI, et al. :
:
vs. : C.A. No. 05-002 L
:
JEFFREY DERDERIAN, et al. :

RESPONSE TO FIRST AMENDED MASTER COMPLAINT

Defendants State of Rhode Island and Irving J. Owens hereby respond to the First Amended Master complaint on file herein by referring to and incorporating their previously filed Motion to Dismiss.

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

22

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 14Th day of April, 2005, a copy of the within was e-mailed to the certification list.

Carol Collins

angelonelaw@aol.com;
Bkeller@debevoise.com;
Brian@briancunha.com;
cdiedrich@sloanewalsh.com;
credihan@KPRLaw.com;
dmaroney@kkrs.com;
ehinchey@sloanewalsh.com;
esommers@vetterandwhite.com;
fogerty@halloran-sage.com;
Georgia.Sullivan@thehartford.com;
Hmerten.station@vetterandwhite.com;
mpotenza@debevoise.com;
johnmahoney@amlawllp.com;
jrestivo@reedsmith.com;
jtm@hansoncurran.com;
ker@blishcavlaw.com;
lwilkins@smithbrink.com;
mfm@lmkbw.com;
mikesp@rrsplaw.com;
mnugent@morrisonmahoney.com;
msmandell@msn.com;
pvsullivan@morrisonmahoney.com;
Reardonlaw@aol.com;
ricedolank@aol.com;
rmacadams@mandwlaw.com;
sbreggia@bbglaw.us;
fonia@msn.com;
SMinicucci@calvinolaw.com;
sprignano@edwardsangell.com;
swettle@fbtlaw.com;
tlyons@straussfactor.com;
jdean@wistbar.com
StationFireLitigation@nixonpeabody.com

atrevelise@reedsmith.com;
boyerlaw1@aol.com;
CBabcock@jw.com;
cfallon@cozen.com;

ecrane@skadden.com;
emcpherson@m-klaw.com;

Gwolf@shb.com;
inmantourgeelaw@aol.com;

jreilly@kkrs.com;
jruggieri@hcc-law.com;
jvc@blishcavlaw.com;
knm@hansoncurran.com;
mcahill@choate.com;
mhadden@mhaddenlaw.com;
mostrowski@goodwin.com;
MRD@gsm-law.com;
pjones@cmj-law.com;
rbengtson@ckmlaw.com;
Resminilaw@yahoo.com;
rlanglois@smithbrink.com;
rmonaco.c-l@snet.net;

smacgillivray@edwardsangell.com;
sohohomes@yahoo.com;
stucker@ths-law.com;
tdemarco@conversent.net;
tmcgough@reedsmith.com;