# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) BARRY WARNER, ALIAS

SERVE: RONALD LANGLOIS, ESQ. ATTORNEY FOR BARRY WARNER
Smith & Brink, P.C.
One State Street
Suite 400
Prov., RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] DATE 2/13/05

(By) DEPUTY CLERK

(23)

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) ESSEX INSURANCE COMPANY

SERVE: MARK C. HADDEN, ESQ. ATTORNEY FOR ESSEX INSURANCE COMPANY
68 Kennedy Plaza - Suite 3
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke

CLERK

Chief Deputy Clerk

DATE 2/13/05

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) ANHEUSER-BUSCH COMPANIES, INCORPORATED

SERVE: JOSEPH V.CAVANAGH, JR., ESQ. ATTORNEY FOR Anheuser-Busch Companies, Incorporated
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duhe — DATE 2/13/05

Chief Deputy Clerk

(By) DEPUTY CLERK

..M. A Duhe

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) ANHEUSER-BUSCH, INCORPORATED

SERVE: JOSEPH V. CAVANAGH, JR., ESQ. ATTORNEY FOR ANHEUSER-BUSCH, INCORPORATED
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
CLERK
Chief Deputy Clerk

DATE 2/13/05

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) JBL, INCORPORATED f/k/a JAMES B. LANSING SOUND, INCOPORATED d/b/a JBL PROFESSIONAL

SERVE: ATTORNEY FOR
C. RUSSELL BENGTSON, ESQ.
One Turks Head Place
Suite 400
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke
Chief Deputy Clerk

DATE 2/13/05

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) GRESHAM & ASSOCIATES OF RHODE ISLAND, INC.

SERVE: RESIDENT AGENT FOR SERVICE OF PROCESS:

C T Corporation System
10 Weybosset St.
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK ________ Clerk

DATE 2/13/05

(By) DEPUTY CLERK