**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANDREW PASKOWSKI, ET AL :
:
:
VS. : C.A. NO.: 05-002-L
:
:
JEFFREY DERDERIAN, ET ALS :

**RESPONSE OF DEFENDANTS, MULTI-STATE INSPECTIONS, INC. and HIGH CALIBER INSPECTIONS, INC. TO PLAINTIFF, ANDREW PASKOWSKI, ET AL ADOPTION OF THE FIRST AMENDED MASTER COMPLAINT**

Plaintiffs, Andrew Paskowski, et al, have adopted the First Amended Master Complaint in the *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No.: 04-312L* in its entirety. Defendants, Multi-State Inspections, Inc. and High Caliber Inspections, Inc. hereby respond to plaintiffs' adoption by incorporating by reference their previously filed and argued motion to dismiss in the *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No.: 04-312L*.

Respectfully Submitted,
Defendants,
By Their Attorneys,

ASQUITH & MAHONEY, LLP

John W. Mahoney, Esq. (#6499)
155 South Main Street
Providence, Rhode Island 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

DATED: APRIL 20, 2005

24

## CERTIFICATION

I hereby certify that a true copy of the within document was sent by electronic mailing on the 20th day of April, 2005 to:

| | |
|---|---|
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Brian Cunha, Esquire | brian@briancunha.com |
| Daniel J. Horgan, Esquire | horganlaw@shet.net |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| John J. Nazzaro, Esquire | nazzjn@aol.com |
| Charles N. Redihan, Esq. | credihan@kprlaw.com |
| Robert I. Reardon, Jr., Esq. | ReardonLaw@aol.com |
| Ronald J. Resmini, Esq. | |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Max Wistow, Esq. | |
| John P. Barylick, Esq. | wvenditti@wistbar.com |
| Thomas C. Angelone, Esquire | AngeloneLaw@aol.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Joseph V. Cavanagh, Jr., Esq. | jvc@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | ker@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Marc DeSisto, Esq. | marc@desistolaw.com |
| Mark P. Dolan, Esquire | |
| Anthony R. Leone, Esquire | ricedolan@ricedolankershaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanwalsh.com |
| Stephen A. Izzi, Esq. | stephen.izzi@hklaw.com |
| Howard J. Julian | sohohomes@yahoo.com |
| Bruce Keller, Esq. | bkeller@debevoise.com |
| Jessica L. Margolis, Esq. | jmargolis@debevoise.com |

| | |
|---|---|
| Fred A. Kelly, Jr., Esq. | fkelly@nixonpeabody.com |
| Donna M. Lamontagne, Esq. | dlamontagne@zizikpowers.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Stefanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Michael J. Mazurczak, Esq. | maz@melicklaw.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Esq. | jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard A. Merten, Esq. | hmerten.station@vetterandwhite.com |
| Eric M. Sommers, Esq. | esommers@vetterandwhite.com |
| Benjamin White, Esq. | bwhite@vetterandwhite.com |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | |
| J. Renn Olenn, Esquire | jro@olenn-penza.com |
| Mark K. Ostrowski, Esq. | mostrowski@goodwin.com |
| Jose M. Rojas, Esq. | jrojas@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen J. MacGillivrary, Esq. | smacgillivray@edwardsangell.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| Randall L. Souza, Esq. | rsouza@nixonpeabody.com |
| Ian C. Ridlon, Esq. | Iridlon@nixonpeabody.com |
| Fred A. Kelly, Jr., Esq. | fkelly@nixonpeabody.com |
| Georgia Sullivan, Esq. | Georgia.Sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | |
| Timothy A. Williamson, Esq. | InmanTourgeeLaw@aol.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| T Dos Urbanski | durbanski@melicklaw.com |
| Earl H. Walker, Esq. | ewalker@jw.com |

Charles Babcock, Esq. cbabcock@jw.com
Nancy W. Hamilton, Esq. nhamilton@jw.com
George E. Wolf, III, Esquire gwolf@shb.com

## CERTIFICATION

I hereby certify that a true copy of the within document was sent by first class mail, postage prepaid on the 20th day of April, 2005 to:

By mail to:

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Ronald J. Resmini, Esq.
Ronald J. Resmini, LTD.
155 South Main Street
Providence, Rhode Island 02903