# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) PAUL WOOLNOUGH, ALIAS
RESIDENT AGENT FOR SERVICE OF PROCESS:

STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] DATE 3/31/05

Chief Deputy Clerk

(By) DEPUTY CLERK

26

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) MANIC MUSIC MANAGEMENT, INC.
RESIDENT AGENT FOR SERVICE OF PROCESS:
STEVEN M. RICHARD, ESQ.
STEVEN PEABODY LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube — DATE 3/30/05

Chief Deputy Clerk
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) JACK RUSSELL TOURING, INC.
RESIDENT AGENT FOR SERVICE OF PROCESS:
STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube [signature]
Chief Deputy Clerk
(By) DEPUTY CLERK

DATE 3/30/05

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) JACK RUSSELL, ALIAS
RESIDENT AGENT FOR SERVICE OF PROCESS:

STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duhe — DATE 3/30/05

Chief Deputy Clerk
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of Defendant) KNIGHT RECORDS, INC.
RESIDENT AGENT FOR SERVICE OF PROCESS:

STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

DATE 3/30/05

(By) DEPUTY CLERK

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: THOMAS W. LYONS, ESQ.
(Name of Plaintiff's Attorney or Unrepresented Plaintiff)

I, THOMAS W.LYONS, ESQ., acknowledge receipt of your request

that I waive service of summons in the action of ANDREW PASKOWSKI, ET AL v. JEFFREY DERDERIAN, ET ALS
(Caption of Action)

which is case number 05-~~2001~~ 02 L in the UNITED STATES DISTRICT COURT
(Docket Number)

for the DISTRICT OF RHODE ISLAND.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 6, 2005, or within 90 days after that date if the request was sent outside the United States.
(Date Request Was Sent)

April 6, 2005
Date

Signature

THOMAS W. LYONS, ESQ.
Printed/Typed Name

LEGGETT & PLATT INCORPORATED
For Defendant

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: RONALD J. RESMINI, ESQ., 155 South Main St., Suite 400, Prov., RI 02903
(Name of Plaintiff's Attorney or Unrepresented Plaintiff)

I, THOMAS W. LYONS, ESQ., acknowledge receipt of your request that I waive service of summons in the action of ANDREW PASKOWSKI, ET AL v. JEFFREY DERDERIAN, ET ALAS
(Caption of Action)
which is case number 05-002L (Docket Number) in the UNITED STATES DISTRICT COURT for the DISTRICT OF RHODE ISLAND.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 6, 2005 (Date Request Was Sent), or within 90 days after that date if the request was sent outside the United States.

April 6, 2005
Date

Signature

THOMAS W. LYONS, ESQ.
Printed/Typed Name

L&P FINANCIAL SERVICES CO.
For Defendant

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received. ..