UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANDREW PASKOWSKI, et al.
Plaintiffs

VS. C.A. NO. 05-002L

JEFFREY DERDERIAN, ET AL.
Defendants

**STIPULATION**

By agreement of the parties, Defendants Leggett & Platt Incorporated and L&P Financial Services Co., have up to and including May 16, 2005 within which to answer the first amended master complaint.

PLAINTIFFS
By their attorneys,

Ronald J. Resmini #0484
RESMINI LAW OFFICES, LTD.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 737-6464

DEFENDANTS
LEGGETT & PLATT INCORPORATED
and L&P FINANCIAL SERVICES CO.
By their attorneys,

Thomas W. Lyons #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903
(401) 456-0704

George E. Wolf, III, Esq.
SHOOK, HARDY & BACON, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118

31

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail to all counsel of record on this 2nd day of ~~April~~ May, 2005.

Christine Abrams