IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDREW PASKOWSKI, et al.,

Plaintiffs,

vs.

C.A. No. 05-002L

JEFFREY DERDERIAN, et al.,

Defendants.

**LEGGETT & PLATT, INCORPORATED AND L&P FINANCIAL SERVICES COMPANY'S ANSWER TO PLAINTIFFS' PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

Leggett & Platt, Incorporated and L&P Financial Services Company (collectively "L&P" for purposes of this answer), for their answer to Plaintiffs' Pro Forma Complaint Regarding Station Nightclub Fire Litigation, hereinafter "Pro Forma Complaint," state:

In answering Plaintiffs' adoption of the First Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffery Derderian, et al., (Defendants), C.A. No. 04-312L in its entirety, L&P hereby adopts and incorporates by reference, as if fully set forth herein, its Answer and Affirmative and Other Defenses to Plaintiffs' First Amended Master Complaint in Gray, in its entirety. L&P further answers Plaintiffs' Pro Forma Complaint as follows.



34

## PARTIES

### PLAINTIFFS

(252) – (257).[1] L&P is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs (252) through (257) of Plaintiffs' Pro Forma Complaint and therefore denies the same.

Further answering, L&P denies Plaintiffs are entitled to the relief requested in the "Prayers for Relief" portion of Plaintiffs' Pro Forma Complaint from L&P.

## GENERAL DENIAL

L&P denies each and every allegation and legal conclusion set forth in Plaintiffs' Pro Forma Complaint not specifically admitted herein.

WHEREFORE, defendants L&P, having fully answered Plaintiffs' Pro Forma Complaint, respectfully prays that Plaintiffs' Pro Forma Complaint be dismissed with prejudice against L&P, for its costs incurred herein, and for such other relief as this Court deems just and proper.

[1] Paragraphs 252-257 of Plaintiffs' Pro Forma Complaint appear to correspond to reserved paragraphs of the First Amended Master Complaint in Gray v. Derderian, C.A. No. 04-312L.

DEFENDANTS
LEGGETT & PLATT INCORPORATED and
L&P FINANCIAL SERVICES CO.
By their attorneys,

Thomas W. Lyons, Esquire #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700
tlyons@straussfactor.com

George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Tel.: 816-474-6550
Fax: 816-421-5774

**CERITIFICATION**

I hereby certify that on this 16th day of May, 2005, a copy of the within was sent to all counsel of record by email.

Christine Abrames



1646089v1