UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDREW PASKOWSKI, ET AL, Plaintiffs, | * | |
| vs. | * | CIVIL ACTION No. 05-002-L |
| JEFFREY DERDERIAN, ET AL, Defendants. | * | |

**ANSWER AND JURY CLAIM OF THE DEFENDANT, SUPERSTAR SERVICES LLC, TO THE PLAINTIFFS' PRO FORMA COMPLAINT**

The defendant, Superstar Services LLC, in the above-captioned matter, hereby makes this its answer to the Plaintiffs' Pro Forma Complaint.

**FIRST DEFENSE**

The defendant, Superstar Services LLC, incorporates herein by reference its answer (attached hereto) to the First Amended Master Complaint in Albert L. Gray, Administrator, et al vs. Jeffrey Derderian, et al, C.A. No. 04-312L, and makes that a part of its answer to the Pro Forma Complaint in the case of Andrew Paskowski, et al vs. Jeffrey Derderian, et al, C.A. No. 05-002-L.

**PARTIES**

**PLAINTIFFS (252-257).**

The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in plaintiff-paragraphs 252 through 257 and calls upon the plaintiffs to prove the same.

**PRAYERS FOR RELIEF**

The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the Prayers for Relief and calls upon the plaintiffs to prove the same.

**JURY CLAIM**

THE DEFENDANT HEREBY MAKES CLAIM FOR A TRIAL BY JURY.

Defendant, Superstar Services LLC,
By its attorneys,

T. Dos Urbanski

T. Dos Urbanski
Bar No. 6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
Tel: 401-941-0909
Fax: 401-941-6269
Email: StationLitigation@melicklaw.com

Date: 6/6/05

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing electronically a copy in pdf format to the following:

Thomas C. Angelone, Esq.
angelonelaw@aol.com

Thomas R. Bender, Esq.
James T. Murphy, Esq.
Kelly N. Michels, Esq.
trb@hansoncurran.com

C. Russell Bengtson, Esq.
Rbengtson@ckmlaw.com

Gregory L. Boyer, Esq.
Stephen E. Boyer, Esq.
Boyerlaw1@aol.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

Joseph B. Burns, Esq.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Stationfire@blishcavlaw.com

Edward M. Crane, Esq.
Kimberly A. Simpson, Esq.
Deborah G. Solmor, Esq.
ecrane@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian@Briancunha.com

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
tdemarco@conversent.net

Marc DeSisto, Esq.
Kathleen M. Daniels, Esq.
marc@Desistolaw.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
James Scanlon, Esq.
Cdiedrich@sloanewalsh.com

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
cfallon@cozen.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

Mark Hadden, Esq.
Mhadden@mhaddenlaw.com

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
swettle@fbtlaw.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

Stephen A. Izzi
stephen.izzi@hklaw.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
pjones@cmi-law.com

Howard J. Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Michael R. Potenza, Esq.
Bkeller@debevoise.com

Fred A. Kelly, Jr. Esq.
StationFireLitigation@nixonpeabody.com

Joseph Krowski, Esq.
josephkrowski.law@verizon.net

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
dlamontagne@zizikpowers.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
Stationfire@smithbrink.com

Stephanie DiMaio Larivee, Esq.
James Howe, Esq.
singinglawyer@msn.com

Faith A. LaSalle, Esq.
flasalle@lasallelaw.com

James R. Lee, Esq.
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
Rmacadams@mandwlaw.com

John R. Mahoney, Esq.
johnmahoney@amlawllp.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

Joseph J. McGair, Esq.
jjm@petrarcamcgair.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
tmcgough@reedsmith.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Rmonaco.c-1@snet.net

John J. Nazzaro, Esq.
attynazzaro@aol.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
mnugent@morrisonmahoney.com

J. Renn Olenn, Esq.
jro@olenn-penza.com

Mark Ostrowski, Esq.
Jose M. Rojas, Esq.
mostrowski@goodwin.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@edwardsangell.com

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq.
Reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
credihan@kprlaw.com

James H. Reilly, Esq.
Donald J. Maroney, Esq.
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
Resminilaw@yahoo.com

Ian Ridlon, Esq.
StationFireLitigation@nixonpeadbody.com

Michael A. St. Pierre, Esq.
mikesp@rrsplaw.com

James A. Ruggieri, Esq.
jruggieri@hcc-law.com

Georgia Sullivan, Esq.
georgia.sullivan@thehartford.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
inmantourgeelaw@aol.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
Stucker@ths-law.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
Cbabcock@jw.com

Benjamin V. White, III, Esq.
Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Hmerten.station@vetterandwhite.com

Max H. Wistow, Esq.
John P. Barylick, Esq.
mx@wistbar.com

George E. Wolf, III, Esq.
Ann Songer, Esq.
Gwolf@shb.com

T. Dos Urbanski

T. Dos Urbanski

Date: 6/8/05