UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDREW PASKOWSKI, ET AL :

-VS- :C.A.NO.05-200L

JEFFREY DERDERIAN, ET AL :

NOTICE OF ADOPTION OF
SECOND AMENDED MASTER COMPLAINT
(STATION NIGHTCLUB FIRE LITIGATION)

This acceptance form relates to:

The Plaintiffs in the civil action captioned above Andrew Paskowski, et al v. Jeffrey Derderian, et al, C.A. No. 03-208-L hereby respectfully notify the Court and the parties that they hereby adopt the Second Amended Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312-L in its entirety.

PARTIES

PLAINTIFF

1. (252) The Plaintiff, Andrew Paskowski, resident of 264 O'Neil Road, Somerset, MA, was a patron of The Station Night Club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. He sustained permanent disfigurement, scarring and permanent loss of function.

PRAYERS FOR RELIEF
SUBMITTED ON BEHALF OF THE PLAINTIFF
IN ANDREW PASKOWSKI, ET AL
C.A.NO. 05-002L

WHEREFORE, the Plaintiffs respectfully pray

for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

JURY DEMAND

The Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
THE PLAINTIFFS

BY: ______________________

RONALD J. RESMINI, ESQ.
Federal Bar No. 0484
155 South Main St., Suite 400
Providence, Rhode Island 02903
DATED: February 3, 2006
(401)751-8855

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 3rd day of February, 2006:

| | |
|---|---|
| James R. Lee, Esq. | Email:jlee@riag.state.ri.us |
| Marc DeSisto, Esq. | Email:stationfire@desistolaw.com |
| Curtis R. Diedrich,Esq. | Email:cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | Email:ehinchey@sloanewalsh.com |
| Robert T. Norton | Email:rnorton@sloanewalsh.com |
| Ronald Langlois,Esq. | Email:stationfire@smithbrink.com |
| Lauren Wilkins,Esq. | Email:rwilkins@smithbrink.com |
| Howard A. Merten,Esq. | Email:hmerten.station@psh.com |
| James T. Murphy, Esq. | Email:stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | |
| Christopher C. Fallon, Jr., Esq. | Email:cfallon@cozen.com |
| Anthony F. DeMarco,Esq. | Email:tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email:angelonelaw@aol.com |
| Joseph V. Cavanagh,Esq. | Email:stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | |
| Bruce Keller, Esq. | Email:bpkeller@debevoise.com |
| Michael Potenza, Esq. | Email:mpotenza@devoise.com |
| Matthew F. Medeiros,Esq. | Email:mfm@lmkbw.com |
| Stephen M. Prignano, Esq. | Email:sprignano@eapdlaw.com |
| Stephen J. MacGillivray,Esq. | Email:smacgillivray@eapdlaw.com |
| Donald J. Maroney,Esq. | Email:dmaroney@kkrs.com |
| James H. Reilly, Esq. | Email:jreilly@kkrs.com |
| Edwin F. McPherson,Esq. | Email:emcpherson@m-klaw.com |
| Steven M. Richard, Esq. | StationFireLitigatin@nixonpeabody.com |
| Fred Kelly, Jr., Esq. | |
| James A. Ruggieri, Esq. | Email:jruggieri@hcc-law.com |
| Suzanne O'Donoghue | Email:sodonogue@hcc-law.com |
| Carl A. Henlein, Esq. | Email:chenlein@fbtlaw.com |
| Susan S. Wettle, Esq. | Email:swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email:horganlaw@snet.net |
| John J. Nazzaro,Esq. | Email:attynazzaro@aol.com |
| Ralph J. Monaco,Esq. | Email:rmonaco.c-l@snet.net |
| Mark S. Mandell, Esq. | Email:msmandell@msn.com |

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 3rd day of February, 2006:

| | |
|---|---|
| James R. Lee, Esq. | Email:jlee@riag.state.ri.us |
| Marc DeSisto, Esq. | Email:stationfire@desistolaw.com |
| Curtis R. Diedrich,Esq. | Email:cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | Email:ehinchey@sloanewalsh.com |
| Robert T. Norton | Email:rnorton@sloanewalsh.com |
| Ronald Langlois,Esq. | Email:stationfire@smithbrink.com |
| Lauren Wilkins,Esq. | Email:rwilkins@smithbrink.com |
| Howard A. Merten,Esq. | Email:hmerten.station@psh.com |
| James T. Murphy, Esq. | Email:stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | |
| Christopher C. Fallon, Jr., Esq. | Email:cfallon@cozen.com |
| Anthony F. DeMarco,Esq. | Email:tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email:angelonelaw@aol.com |
| Joseph V. Cavanagh,Esq. | Email:stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | |
| Bruce Keller, Esq. | Email:bpkeller@debevoise.com |
| Michael Potenza, Esq. | Email:mpotenza@devoise.com |
| Matthew F. Medeiros,Esq. | Email:mfm@lmkbw.com |
| Stephen M. Prignano, Esq. | Email:sprignano@eapdlaw.com |
| Stephen J. MacGillivray,Esq. | Email:smacgillivray@eapdlaw.com |
| Donald J. Maroney,Esq. | Email:dmaroney@kkrs.com |
| James H. Reilly, Esq. | Email:jreilly@kkrs.com |
| Edwin F. McPherson,Esq. | Email:emcpherson@m-klaw.com |
| Steven M. Richard, Esq. | StationFireLitigatin@nixonpeabody.com |
| Fred Kelly, Jr., Esq. | |
| James A. Ruggieri, Esq. | Email:jruggieri@hcc-law.com |
| Suzanne O'Donoghue | Email:sodonogue@hcc-law.com |
| Carl A. Henlein, Esq. | Email:chenlein@fbtlaw.com |
| Susan S. Wettle, Esq. | Email:swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email:horganlaw@snet.net |
| John J. Nazzaro,Esq. | Email:attynazzaro@aol.com |
| Ralph J. Monaco,Esq. | Email:rmonaco.c-l@snet.net |
| Mark S. Mandell, Esq. | Email:msmandell@msn.com |

| | |
|---|---|
| Max Wistow,Esq. | Email:jdean@wistbar.com |
| Patrick t. Jones, Esq. | Email:pjones@cmj-law.com |
| Michael S. St.Pierre, Esq. | Email:mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email:sbreggia@BBGlaw.US |
| Steven A. Minicucci, Esq. | Email:sminicucci@calvinolaw.com |
| Eva Marie Mancuso,Esq. | Email:Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email:credihan@KPRlaw.com |
| C. Russell Bengtson,Esq. | Email:rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email:brian@briancunha.com |
| Stefanie DiMaio-Larivee,Esq. | Email:fonia@msn.com |
| Scott J. Tucker, Esq. | Email:stucker@ths-law.com |
| Jospeh B. Burns, Esq. | Email:jburns@rms-law.com |
| Mark Hadden, Esq. | Email:mhadden@mhaddenlaw.com |
| W. Thomas McGough,Jr.,Esq. | Email:jrestivo@reesmith.com |
| James J.Restivo, Jr., Esq. | Email:tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email:tylons@straussfactor.com |
| Andrew J.Trevelise, Esq. | Email:atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email:mnugent@morrisonmahoney .com |
| Deborah G. Solmor, Esq. | Email:ecrane@skadden.com |
| Edward M. Crane, Esq. | Email:dsolmor@skadden.com |
| Mark D. Cahill, Esq. | Email:mcahill@choate.com |
| J. Renn Olenn,Esq. | Email:jro@olenn-penza.com |
| Mark D. tourgee, Esq. | Email:aminchillo@itwlaw.com |
| Richard W. MacAdams,Esq. | Email:macadams@mandwlaw.com |
| Gregory E. Boyer, Esq. | Email:boyerlaw1@aol.com |
| Georgia A.Sulllivan, Esq. | Email:Georgia.sullivan@thehartford .com |
| Mark P. Dolan, Esq. | Email:ricedonlank@aol.com |
| Stephen P. Fogerty, Esq. | Email:fogerty@holloran-sage.com |
| Howard Julian | Email:sohohomes@yahoo.com |
| George E. Wolf, III,Esq. | Email:gwolf@shb.com |
| Ann Songer, Esq. | Email:asonger@shb.com |
| John R. Mahoney, Esq. | Email:johnmahoney@amlawllp .com |
| Charles Babcock,Esq. | Email:Cbabcock@jw.com |
| T.Dos Urbanski,Esq. | Email:stationlitigation@melicklaw |

.com

Joseph Krowski, Esq. Email:josephkrowski.law@erizon.net
Lawrence J. Cappuccio, Esq. Email:I.cappuccio@worldnet.att.net
Eric Bradford Hermanson, Esq. Email:ehermanson@m-klaw.com
Peter Schneider, Esq. Email:pschneider@cmj-law.com
Donna M. Lamontagne, Esq. Email:dlamontagne@zizikpowers.com

Faith LaSalle, Esq. Email:flasalle@lasallelaw.com
Joseph J. McGair, Esq. Email:jjm@petrarcamcgair.com
Mark K. Ostrowski, Esq. Email:mostrowski@goodwin.com
Robert I. Reardon, Esq. Email:reardonlaw@aol.com
Esquire Email:stationfire@esquirecom.com

Ronald J. Resmini, Esq.