UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW PASKOWSKI, ET AL | : |
| -VS- | :C.A.NO.05-002L |
| JEFFREY DERDERIAN, ET AL | : |

NOTICE OF ADOPTION OF
THIRD AMENDED MASTER COMPLAINT
(STATION NIGHT CLUB FIRE LITIGATION)

The Plaintiffs hereby respectfully notify the court and the parties they hereby adopt the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L in its entirety and adopt all allegations against the Defendants identified as Defendants 1 through 97 and as against any additional Defendants or John Doe's not yet identified or Defendants not named in the Master Complaint but filed independently by separate actions.

## PARTIES

**PLAINTIFF**

1. (252) The Plaintiff, Andrew Paskowski, resident of 264 O'Neil Rd., Somerset, MA, was a patron of the Station Night Club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. He sustained permanent disfigurement, scarring and permanent loss of function.

## PRAYERS FOR RELIEF
## SUBMITTED ON BEHALF OF THE PLAINTIFF
## IN ANDREW PASKOWSKI, ET ALS v. JEFFREY DERDERIAN,
## C.A. NO. 05-002L

WHEREFORE, the Plaintiffs respectfully pray for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
The Plaintiffs

BY: ______________________

RONALD J. RESMINI, ESQ.
Federal Bar No. 0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: February 16, 2006
(401)751-8855

## TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| Introduction | | 18 |
| Plaintiffs | | 18-73 |
| D1. | Jeffrey Derderian | 74-76 |
| D2. | Michael Derderian | 76-77 |
| D3. | DERCO, LLC | 77-78 |
| D4 | Howard Julian | 79-80 |
| D5. | Triton Realty Limited Partnership | 80-81 |
| D6. | Triton Realty, Inc. | 81-83 |
| D7. | Raymond J. Villanova | 83-84 |
| D8. | Jack Russell | 85-86 |
| D9. | Jack Russell Touring, Inc. | 86-87 |
| D10. | Paul Woolnough | 88-89 |
| D11. | Manic Music Management, Inc. | 89-90 |
| D12. | Knight Records, Inc. | 90-91 |
| D13. | Daniel Biechele | 92-93 |
| D14. | Anheuser-Busch, Incorporated | 93-96 |
| D15. | Anheuser-Busch Companies, Incorporated | 93-96 |
| D16. | McLaughlin & Moran | 96-98 |
| D17. | WHJY, Inc. and Capstar Radio Operating Company | 98-100 |
| D18. | Clear Channel Broadcasting, Inc. | 100-101 |
| D19. | Denis P. Larocque | 101-104 |
| D20. | Anthony Bettencourt | 101-104 |
| D21. | Malcolm Moore, in his Capacity as Finance Director of the Town of West Warwick | 101-104 |
| D22. | State of Rhode Island | 105, 150-151 |
| D23. | Irving J. Owens, Fire Marshal | 105-106 |
| D24. | Brian Butler | 106-107 |
| D25. | TVL Broadcasting, Inc. | 107 |
| D26. | STC Broadcasting, Inc. | 108 |
| D27. | Barry H. Warner | 108-109 |
| D28. | Luna Tech, Inc. | 110-111 |
| D29. | High Tech Special Effects, Inc. | 111-113 |
| D30. | American Foam Corporation | 113-115 |
| D31. | Leggett & Platt Incorporated | 115-121 |
| D32. | L&P Financial Services Co. | 121-126 |
| D33. | General Foam Corporation | 127-132 |
| D34. | GFC Foam, LLC | 132-138 |
| D35. | Foamex LP | 138 |
| D36. | Foamex International Inc. | 138 |
| D37. | FMXI, Inc. | 138 |
| D38. | PMC, Inc. | 139 |
| D39. | PMC Global, Inc. | 139 |
| D40. | JBL Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional | 139-142 |
| D41. | Essex Insurance Company | 142-144 |
| D42. | Multi-State Inspections, Inc. | 142-144 |

D43. High Caliber Inspections, Inc. .......... 142-144
D44. Underwriters at Lloyd's, London .......... 144-146
D45. Gresham & Associates of RI., Inc. .......... 144-146
D46. ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. .......... 146-148
D47. Superstar Services LLC .......... 148-149
D48. through D58. "John Doe" defendants (being unknown defendants who manufactured, distributed, sold or installed non-flame-retardant foam or other defective products in use at The Station nightclub on February 20, 2003, who inspected the premises after installation of the foam but prior to February 20, 2003, who promoted, managed and produced the appearance of Great White at The Station nightclub on February 20, 2003, or who received property from Triton Realty-related persons or entitles with intent to hinder, delay or default Plaintiffs) .......... 149-150
D59. Surplex Underwriters Inc. .......... 152-153
D60. V.B. Gifford & Company, Inc. .......... 153-154
D61. Anchor Solutions Company, Inc. .......... 154-155
D62. Stephen D. Murray .......... 155-156
D63. Joseph Lafontaine d/b/a New England Custom Alarms .......... 156
D64. Polar Industries, Inc. .......... 157-158
D65. Home Depot U.S.A., Inc. .......... 158-160
D66. Celotex Corp. .......... 161-163
D67. Knight-Celotex Lisbon Falls LLC .......... 161-163
D68. Knight-Celotex LLC .......... 161-163
D69. Knight Industries, Inc. .......... 161-163
D70. Knight Industries, LLC .......... 161-163
D71. Knight Industries I, LLC .......... 161-163
D72. FFNC, Inc. .......... 163-169
D73. Aram Dermanouelian .......... 169-170
D74. Framingham-150 FR Realty Limited Partnership by Framingham-150 FR Realty, Inc., its general partner .......... 170-171
D75. Seekonk-226 Limited Partnership by Seekonk-226, Inc., its general partner .......... 171
D76. Frances A. Villanova .......... 172
D77. Busch Entertainment Corporation .......... 172-173
D78. Busch Media Group, Inc. .......... 173-174
D79. TVL Broadcasting of Rhode Island, LLC .......... 174-175
D80. LIN Television Corporation .......... 175
D81. LIN T.V. Corp. .......... 176
D82. Mark Kendall .......... 176-177
D83. David Felice .......... 177-178
D84. Eric Powers .......... 178-179
D85. Wm. T. Burnett & Co., Incorporated .......... 179-184
D86. Wm. T. Burnett Operating LLLP, by its general partner, Wm. T. Burnett Management, Inc. .......... 185-190
D87. Wm. T. Burnett Management, Inc. .......... 185-190
D88. Wm. T. Burnett & Co. .......... 185-190
D89. Sealed Air Corp. .......... 191-196
D90. Sealed Air Corp., U.S. .......... 191-196
D91. Sentinel Products Corp. .......... 196-201
D92. Pactiv Corporation .......... 202-208
D93. Pregis Corporation .......... 202-208
D94.. Pregis Innovative Packaging, Inc. .......... 202-208
D95. Luna Tech Pyrotechnik GmbH .......... 208-210
D96. Luna Tech Euro GmbH .......... 208-210
D97. Gresham & Associates of Rhode Island, Inc. .......... 210-211

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 16th day of February, 2006:

| | |
|---|---|
| James R. Lee, Esq. | Email:jlee@riag.state.ri.us |
| Marc DeSisto, Esq. | Email:stationfire@desistolaw.com |
| Curtis R. Diedrich,Esq. | Email:cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | Email:ehinchey@sloanewalsh.com |
| Robert T. Norton | Email:rnorton@sloanewalsh.com |
| Ronald Langlois,Esq. | Email:stationfire@smithbrink.com |
| Lauren Wilkins,Esq. | Email:rwilkins@smithbrink.com |
| Howard A. Merten,Esq. | Email:hmerten.station@psh.com |
| James T. Murphy, Esq. | Email:stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | |
| Christopher C. Fallon, Jr., Esq. | Email:cfallon@cozen.com |
| Anthony F. DeMarco,Esq. | Email:tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email:angelonelaw@aol.com |
| Joseph V. Cavanagh,Esq. | Email:stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | |
| Bruce Keller, Esq. | Email:bpkeller@debevoise.com |
| Michael Potenza, Esq. | Email:mpotenza@devoise.com |
| Matthew F. Medeiros,Esq. | Email:mfm@lmkbw.com |
| Stephen M. Prignano, Esq. | Email:sprignano@eapdlaw.com |
| Stephen J. MacGillivray,Esq. | Email:smacgillivray@eapdlaw.com |
| Donald J. Maroney,Esq. | Email:dmaroney@kkrs.com |
| James H. Reilly, Esq. | Email:jreilly@kkrs.com |
| Edwin F. McPherson,Esq. | Email:emcpherson@m-klaw.com |
| Steven M. Richard, Esq. | StationFireLitigatin@nixonpeabody.com |
| Fred Kelly, Jr., Esq. | |
| James A. Ruggieri, Esq. | Email:jruggieri@hcc-law.com |
| Suzanne O'Donoghue | Email:sodonogue@hcc-law.com |
| Carl A. Henlein, Esq. | Email:chenlein@fbtlaw.com |
| Susan S. Wettle, Esq. | Email:swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email:horganlaw@snet.net |
| John J. Nazzaro,Esq. | Email:attynazzaro@aol.com |
| Ralph J. Monaco,Esq. | Email:rmonaco.c-l@snet.net |
| Mark S. Mandell, Esq. | Email:msmandell@msn.com |

| | |
|---|---|
| Max Wistow,Esq. | Email:jdean@wistbar.com |
| Patrick t. Jones, Esq. | Email:pjones@cmj-law.com |
| Michael S. St.Pierre, Esq. | Email:mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email:sbreggia@BBGlaw.US |
| Steven A. Minicucci, Esq. | Email:sminicucci@calvinolaw.com |
| Eva Marie Mancuso,Esq. | Email:Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email:credihan@KPRlaw.com |
| C. Russell Bengtson,Esq. | Email:rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email:brian@briancunha.com |
| Stefanie DiMaio-Larivee,Esq. | Email:fonia@msn.com |
| Scott J. Tucker, Esq. | Email:stucker@ths-law.com |
| Jospeh B. Burns, Esq. | Email:jburns@rms-law.com |
| Mark Hadden, Esq. | Email:mhadden@mhaddenlaw.com |
| W. Thomas McGough,Jr.,Esq. | Email:jrestivo@reesmith.com |
| James J.Restivo, Jr., Esq. | Email:tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email:tylons@straussfactor.com |
| Andrew J.Trevelise, Esq. | Email:atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email:mnugent@morrisonmahoney .com |
| Deborah G. Solmor, Esq. | Email:ecrane@skadden.com |
| Edward M. Crane, Esq. | Email:dsolmor@skadden.com |
| Mark D. Cahill, Esq. | Email:mcahill@choate.com |
| J. Renn Olenn,Esq. | Email:jro@olenn-penza.com |
| Mark D. tourgee, Esq. | Email:aminchillo@itwlaw.com |
| Richard W. MacAdams,Esq. | Email:macadams@mandwlaw.com |
| Gregory E. Boyer, Esq. | Email:boyerlaw1@aol.com |
| Georgia A.Sulllivan, Esq. | Email:Georgia.sullivan@thehartford .com |
| Mark P. Dolan, Esq. | Email:ricedonlank@aol.com |
| Stephen P. Fogerty, Esq. | Email:fogerty@holloran-sage.com |
| Howard Julian | Email:sohohomes@yahoo.com |
| George E. Wolf, III,Esq. | Email:gwolf@shb.com |
| Ann Songer, Esq. | Email:asonger@shb.com |
| John R. Mahoney, Esq. | Email:johnmahoney@amlawllp .com |
| Charles Babcock,Esq. | Email:Cbabcock@jw.com |
| T.Dos Urbanski,Esq. | Email:stationlitigation@melicklaw |

.com
Joseph Krowski, Esq. Email:josephkrowski.law@erizon.net
Lawrence J. Cappuccio, Esq. Email:I.cappuccio@worldnet.att.net
Eric Bradford Hermanson, Esq. Email:ehermanson@m-klaw.com
Peter Schneider, Esq. Email:pschneider@cmj-law.com
Donna M. Lamontagne, Esq. Email:dlamontagne@zizikpowers.com

Faith LaSalle, Esq. Email:flasalle@lasallelaw.com
Joseph J. McGair, Esq. Email:jjm@petrarcamcgair.com
Mark K. Ostrowski, Esq. Email:mostrowski@goodwin.com
Robert I. Reardon, Esq. Email:reardonlaw@aol.com
Esquire Email:stationfire@esquirecom.com

Ronald J. Resmini, Esq.