**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDREW PASKOWSKI, et al. | : | |
| | : | |
| | : | |
| VS. | : | C.A. NO.: 05-002-L |
| | : | |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |

## NOTICE OF ELECTION AS TO MOTION TO DISMISS

Now come defendants Multi-State Inspections, Inc. and High Caliber Inspections, Inc. and hereby give notice pursuant to Paragraph 5 of the Consent Order entered by this Court that these defendants elect to invoke the application of this Court's prior ruling granting their motion to dismiss as to all claims by all plaintiffs named in the Third Amended Complaint and all adoptions thereof.

Respectfully Submitted,
Multi-State Inspection, Inc. and
High Caliber Inspections, Inc.
By Their Attorneys,

ASQUITH & MAHONEY, LLP

John W. Mahoney, Esq. (#6499)
155 South Main Street
Providence, Rhode Island 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

DATED: FEBRUARY 28, 2006

**CERTIFICATION**

I hereby certify that a true copy of the within document was sent by electronic mailing on the 28th day of February, 2006 to:

| | |
|---|---|
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Brian Cunha, Esquire | brian@briancunha.com |
| Daniel J. Horgan, Esquire | horganlaw@shet.net |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| John J. Nazzaro, Esquire | nazzjn@aol.com |
| Charles N. Redihan, Esq. | credihan@kprlaw.com |
| Robert I. Reardon, Jr., Esq. | ReardonLaw@aol.com |
| Ronald J. Resmini, Esq. | |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Max Wistow, Esq. | |
| John P. Barylick, Esq. | wvenditti@wistbar.com |
| Thomas C. Angelone, Esquire | AngeloneLaw@aol.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Joseph V. Cavanagh, Jr., Esq. | jvc@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | ker@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Marc DeSisto, Esq. | marc@desistolaw.com |
| Mark P. Dolan, Esquire | |
| Anthony R. Leone, Esquire | ricedolan@ricedolankershaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanwalsh.com |
| Stephen A. Izzi, Esq. | stephen.izzi@hklaw.com |
| Howard J. Julian | sohohomes@yahoo.com |
| Bruce Keller, Esq. | bkeller@debevoise.com |
| Jessica L. Margolis, Esq. | jmargolis@debevoise.com |

| | |
|---|---|
| Fred A. Kelly, Jr., Esq. | fkelly@nixonpeabody.com |
| Donna M. Lamontagne, Esq. | dlamontagne@zizikpowers.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Stefanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Michael J. Mazurczak, Esq. | maz@melicklaw.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Esq. | jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard A. Merten, Esq. | hmerten.station@vetterandwhite.com |
| Eric M. Sommers, Esq. | esommers@vetterandwhite.com |
| Benjamin White, Esq. | bwhite@vetterandwhite.com |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | |
| J. Renn Olenn, Esquire | jro@olenn-penza.com |
| Mark K. Ostrowski, Esq. | mostrowski@goodwin.com |
| Jose M. Rojas, Esq. | jrojas@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen J. MacGillivrary, Esq. | smacgillivray@edwardsangell.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| Randall L. Souza, Esq. | rsouza@nixonpeabody.com |
| Ian C. Ridlon, Esq. | Iridlon@nixonpeabody.com |
| Fred A. Kelly, Jr., Esq. | fkelly@nixonpeabody.com |
| Georgia Sullivan, Esq. | Georgia.Sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | |
| Timothy A. Williamson, Esq. | InmanTourgeeLaw@aol.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| T Dos Urbanski | durbanski@melicklaw.com |
| Earl H. Walker, Esq. | ewalker@jw.com |

Charles Babcock, Esq. cbabcock@jw.com
Nancy W. Hamilton, Esq. nhamilton@jw.com
George E. Wolf, III, Esquire gwolf@shb.com

