UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDREW PASKOWSKI, et al. :

Plaintiffs, :

vs. : C.A. No. 05-002-L

JEFFREY DERDERIAN, et al., :

Defendants. :

STIPULATION

By agreement of plaintiffs and Defendants 1 through 47, by and through the undersigned representatives of said plaintiffs and defendants for the purposes of this Stipulation only, Defendants 1 through 47, as previously-named in the First Amended Master Complaint filed in the action captioned Gray v. Derderian, C.A. No. 312-L and adopted by plaintiffs in this action, shall have up through and including March 17, 2006 in which to answer or otherwise respond to the Notice of Adoption of Third Amended Master Complaint filed in this action.

Nothing in this Stipulation shall alter or revoke the application of Paragraph 7 of the Consent Order entered by the Court on February 6, 2006, pertaining to defendants currently in bankruptcy.

On Behalf of Kingsley Plaintiffs,

Ronald J. Resmini (#0484)
Ronald Creamer (#3891)
155 South Main Street
Providence, RI 02903

Dated: 27 Feb 06

On Behalf of Defendants 1 through 47,

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

Dated: 3/3/06