UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDREW PASKOWSKI, et al | : | |
| | : | |
| VS. | : | C.A. No. 05-002L |
| | : | |
| JEFFREY DERDERIAN, et al | : | |

ANSWER OF DEFENDANT, JBL, INCORPORATED f/k/a JAMES B. LANSING SOUND, INCORPORATED d/b/a JBL PROFESSIONAL TO ANDREW PASKOWSKI, ET ALS ADOPTION OF THE FIRST AMENDED MASTER COMPLAINT

1. The plaintiffs, Andrew Paskowski, et al, have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al (Plaintiffs) v. Jeffrey Derderian, et al (Defendants)*, C.A. No. 04-312L in its entirety.

2. This defendant hereby incorporates by reference its answer filed to the First Amended Master Complaint in *Albert L. Gray, Administrator, et al (Plaintiffs) v. Jeffrey Derderian, et al (Defendants)* as if fully set forth herein.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

Defendant, JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional hereby claims trial by jury.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

*I hereby certify that a true copy of the within Stipulation was sent via electronic mail to the counsel of record listed below on the 15th day of March, 2006.*

[signature]

| | |
|---|---|
| Allen J. McCarthy | stationlitigation@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer/George Wolf | asonger@shb.com |
| Anthony F. DeMarco/Mark Reynolds | tdemarco@conversent.net |
| Brian R. Cunha/Karen Alegria | Brian@Briancunha.com |
| Bruce Keller/Michael Potenza | bpkeller@debevoise.com |
| Charles L. Babcock | cbabcock@jw.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | Cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@shet.com |
| Donald J. Maroney/James Reilly | dmaroney@kkrs.com |
| Edward M. Crane/Deborah Solmor | ecrane@skadden.com |
| Edward T. Hinchey/James Scanlon | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Fred Kelly, Jr./Steven M. Richard | StationFireLitigation@nixonpeabody.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Howard A. Merten/Benjamin White | Hmerten.station@psh.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos | jim@b-plaw.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr./W. Thomas McGough | jrestivo@reedsimth.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy/Kelly Michels | stationfire@hansoncurran.com |
| Jessica Deanseris/Max Wistow/John Barylick | jdean@wistbar.com |
| John J. Nazzaro | nazzjn@aol.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr./Kristen Rodgers | stationfire@blishcavlaw.com |
| Kate Breslin-Harden/J. Renn Olenn | KBH@olenn-penza.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill/Eric B. Hermanson | mcahill@choate.com |

| | |
|---|---|
| Mark P. Dolan/Anthony Leone | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent/Paul Sullivan | mnugent@morrisonmahoney.com |
| Mark Tourgee/Timothy Williamson | aminchillo@itwlaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Michael DeLuca | mrd@gsm-law.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones/Peter Schneider | pjones@cmj-law.com |
| Ralph T. Monaco/Patrick Day | rmonaco.c-1@snet.net |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Robert Reardon | Reardonlaw@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Ronald J. Resmini/Ronald Creamer | Resminilaw@yahoo.com |
| Ronald Langlois/Lauren Wilkins | stationfire@smithbrink.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia/Kevin Bowen | sbreggia@BBGlaw.us |
| Stephen M. Prignano/Stephen MacGillivray | sprignano@eadplaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci/William Filippo | SMinicucci@calvinolaw.com |
| Susan S. Wettle/Carl Henlein/John Crockett | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T.Dos Urbanski/Michael J. Mazurczak | stationlitigation@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |