UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDREW PASKOWSKI, et al<br>Plaintiffs, | : | |
| Vs. | : | C.A. No. 05-002L |
| JEFFREY DERDERIAN, et al<br>Defendants. | : | |

**ANSWER AND JURY CLAIM OF TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC. AND RAYMOND J. VILLANOVA TO PLAINTIFFS' ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Plaintiffs in the above captioned matter have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312-L, in its entirety, by Notice of Adoption of Third Amended Master Complaint filed February 16, 2006. Defendants, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova, hereby repeat and incorporate by reference herein their responses to the *Gray* Plaintiffs' Third Amended Master Complaint, as filed on their behalf, as their answer to Plaintiffs' Adoption of Third Amended Master Complaint as if fully set forth herein. Furthermore, as to paragraph (252) in Plaintiffs' Notice of Adoption, these defendants are without information sufficient to form a belief as to the truth of the averments contained in this

**PRAYER FOR RELIEF**

***WHEREFORE***, the Defendants, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova, demand judgment, dismissing the claims against them, with prejudice, and that they be awarded their costs and such other relief as the court deems just.

**JURY CLAIM**

The Defendants, Triton Realty Limited Partnership, Triton Realty, Inc., and Raymond J. Villanova, demand a trial by jury as to all allegations set forth in the *Gray* Plaintiffs' Third Amended Master Complaint, this Answer and any further responsive pleadings.

The Defendants,
Triton Realty Limited Partnership,
Triton Realty, Inc. and Raymond J. Villanova

By their Attorneys,

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax
E-Mail: jtm@hansoncurran.com
E-Mail: knm@hansoncurran.com
E-Mail: stationfire@hansoncurran.com

-and-

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108
(617) 557-9696 – telephone
(617) 227-9191 – fax
E-Mail: stucker@ths-law.com

# PROOF OF SERVICE

I hereby certify that on this 17th day of March, 2006, a true copy of the within ument was e-mailed to the following attorneys of record:

| | |
|---|---|
| Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony DeMarco, Esq. | tdemarco@conversent.net |
| Brian Cunha, Esq. | brian@briancunha.com |
| Bruce Keller, Esq. | bkeller@debevoise.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles Redihan, Esq. | credihan@kprlaw.com |
| Christopher Fallon, Esq. | cfallon@cozen.com |
| Deborah G. Solmor, Esq. | dsolmor@skadden.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward Crane, Esq. | ecrane@skadden.com |
| Edward Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin McPherson, Esq. | emcpherson@m-klaw.com |
| Esquire Litigation Solutions | stationfire@esquirecom.com |
| Eva Mancuso, Esq. | emancuso@hwac.com |
| Fred Kelly, Jr. | stationfirelitigation@nixonpeabody.com |
| George Wolf, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Howard Julien | sohohomes@yahoo.com |
| Howard Merten, Esq. | hmerten.station@psh.com |
| J. Renn Olenn, Esq. | kbh@olenn-penza.com |
| James Bigos, Esq. | jim@b-plaw.com |
| James H. Reilly, Esq. | jreilly@kkrs.com |
| James Lee, Esq. | jlee@riag.ri.gov |
| James Restivo, Esq. | jrestivo@reedsmith.com |
| James Ruggieri, Esq. | jruggieri@hcc-law.com |
| John Mahoney, Esq. | johnmahoney@amlawllp.com |
| John R. Crockett, Esq. | jcrockett@fbtlaw.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph Cavanagh, Esq. | stationfire@blishcavlaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark Cahill, Esq. | mcahill@choate.com |
| Mark Dolan, Esq. | ricedolank@aol.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark Mandell, Esq. | msmandell@msn.com |
| Mark Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Tourgee, Esq. | aminchillo@itwlaw.com |

| | |
|---|---|
| Matthew Medeiros, Esq. | mfm@mkbw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| Michael DeLuca, Esq. | mrd@gsm-law.com |
| Michael Ryan, Esq. | mtryan@rrjd-law.com |
| Michael St. Pierre, Esq. | mikesp@rrsplaw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick Jones, Esq. | pjones@cmj-law.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert J. Reardon, Esq. | reardonlaw@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Ronald Langlois, Esq. | stationfire@smithbrink.com |
| Ronald Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen Izzi, Esq. | stephen.izzi@hklaw.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen Prignano, Esq. | sprignano@eapdlaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Susan Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue | so'donoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas Angelone, Esq. | angelonelaw@aol.com |
| Thomas Lyons, Esq. | tlyons@straussfactor.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Esq. | tmcgough@reedsmith.com |

of Hanson Curran LLP