**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANDREW PASKOWSKI, *et al.*,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-002** |
| | : | |
| **JEFFREY DERDERIAN, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**DEFENDANTS GENERAL FOAM CORPORATION, GFC FOAM, LLC, PMC, INC., AND PMC GLOBAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' THIRD AMENDED MASTER COMPLAINT**

Defendants General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc.[1] for their Answer and Affirmative Defenses incorporate by reference, as if fully rewritten herein, their Answer and Affirmative Defenses in response to Plaintiffs' Third Amended Master Complaint with the additional parties and causes of action in *Gray, et al. v. Jefferey Derderian, et al.* (C.A. No. 1:04-CV-312-L) as their Answer to Plaintiffs' Notice of Adoption of Third Amended Master Complaint in this case.[2] Further, GFC and PMC incorporate by reference, as if fully rewritten herein, their Answer and Affirmative Defenses in response to the First Amended Master Complaint filed on May 2, 2005, in *Gray, et al. v. Jefferey Derderian, et al.* (C.A. No. 1:04-CV-312-L).

[1] Defendants General Foam Corporation and GFC Foam LLC are referred to collectively as "GFC"; PMC Inc. and PMC Global, Inc. appear collectively as "PMC."
[2] Plaintiffs have adopted the First Amended Master Complaint and the Third Amended Master Complaint in *Gray, et al. v. Derderian, et al.* and/or have filed a proforma complaint in these proceedings.

**WHEREFORE,** Defendants General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc. pray that:

(a) the Third Amended Master Complaint adopted by Paskowski be dismissed with prejudice as to General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc.;

(b) Plaintiffs' demand for relief against General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc. be denied in every respect;

(c) General Foam Corporation, GFC Foam, LLC, PMC, Inc. and PMC Global, Inc. be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as may be just, proper, and equitable.

Respectfully submitted,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

## CERTIFICATION OF SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic mail on the 17th day of March, 2006, to the following counsel of record:

John R. Mahoney, Esq.
johnmahoney@amlawllp.com

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Stationfire@blishcavlaw.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian@Briancunha.com

C. Russell Bengtson, Esq.
Rbengtson@ackmlaw.com

Marc DeSisto, Esq.
Kathleen D. Daniels, Esq.
Stationfire@DeSistolaw.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
Pjones@cmj-law.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@eapdlaw.com

Michael R. DeLuca, Esq.
MRD@gsm-law.com

Mark C. Hadden, Esq.
Mhadden@mhaddenlaw.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
mnugent@morrisonmahoney.com

John J. Nazzaro, Esq.
attynazzaro@aol.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
dmaroney@kkrs.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

James R. Lee, Esq.
jlee@riag.ri.gov

Ronald J. Resmini, Esq.
Ronald J. Creamer,. Esq.
Resminilaw@yahoo.com

Joseph B. Burns, Esq.
jburns@rms-law.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
sminicucci@calvinolaw.com

Joseph Bellew, Esq.
Christopher C. Fallon, Jr., Esq.
Cfallon@Cozen.com
Jbellew@Cozen.com

Michael Potenza, Esq.
Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
mpotenza@debevoise.com
bkeller@debevoise.com

Stephanie DiMaio Larivee, Esq.
James Howe, Esq.
fonia@msn.com

Michael A. St. Pierre, Esq.
mikesp@rrsplaw.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Thomas C. Angelone, Esq.
angelonelaw@aol.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com
ehermanson@choate.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Charles N. Redihan, Esq.
Credihan@kprlaw.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
Gwolf@shb.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Edward M. Crane, Esq.
Kimberly A. Simpson, Esq.
Deborah G. Solmor, Esq.
ecrane@skadden.com

Ronald P. Langlois, Esq.
Lauren DiSimone Wilkins, Esq.
Stationfire@smithbrink.com

Howard A. Merten, Esq.
Hmerton.station@psh.com

Step hen Fogerty, Esq.
Fogerty@Halloran-Sage.com

Scott J. Tucker, Esq.
Stucker@ths-law.com

Steve M. Richard, Esq.
StationFireLitigation@nixonpeabody.com

Max H. Wistow, Esq.
John P. Barylick, Esq.
Jessica Deanseris
jdean@wistbar.com

Thomas R. Bender, Esq.
James T. Murphy, Esq.
Kelly N. Michels, Esq.
Stationfire@hansoncurran.com

Ralph J. Monaco, Esq.
Rmonaco.c-l@snet.net

T. Dos Urbanski, Esq.
durbanski@melicklaw.com

Lawrence J. Cappuccio, Esq.
L.Cappuccio@Worldnet.att.net

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Ricedolank@aol.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
tmcgough@reedsmith.com

Richard W. MacAdams, Esq.
Rmacadams@mandwlaw.com

Earl H. Walker, Esq.
Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Cbabcock@jw.com

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
tdemarco@conversent.net

Thomas W. Lyons, III, Esq.
tlyons@straussfactor.com

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq.
Reardonlaw@aol.com

J. Renn Olenn, Esq.
kbh@olenn-penza.com

Howard J. Julian
sohohomes@yahoo.com

John R. Crockett, II, Esq.
Carl H. Henlein, Esq.
Susan S. Wettle, Esq.
swettle@fbtlaw.com
jcrockett@fbtlaw.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
James Scanlon, Esq.
Cdiedrich@sloanwalsh.com

Esquire Litigation Services
Stationfire@esquire.com

James A. Bigos, Esq.
Jim@B-PLaw.com