IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDREW PASKOWSKI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-002L |

**ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

NOW COME Defendants Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company (as successor in interest to WHJY, Inc., former operator of radio station "WHJY-FM") (collectively the "Clear Channel Defendants" for purposes herein), and, in response to the "Notice of Adoption of Third Amended Master Complaint" filed the above-captioned action ("Notice of Adoption"), hereby adopt and incorporate by reference the "Answer and Affirmative Defenses of Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company to Third Amended Master Complaint," filed on March 17, 2006 in *Gray, et al. v. Derderian, et al.* (04-312-L).

In further response to the Notice of Adoption, the Clear Channel Defendants hereby adopt, and incorporate by reference, the following:

- The "Answer and Affirmative Defenses of Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company to First Amended Master Complaint as Adopted," filed on December 1, 2005 in *Passa, et al., v. Derderian, et al.*, (03-148-L);

- The "Answer and Affirmative Defenses of Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company to First Amended Master

Complaint as Adopted," filed on December 1, 2005 in *Kingsley, et al., v. Derderian, et al.*, (03-208-L); and

- The "Answer and Affirmative Defenses of Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company to Planitffs' Pro Forma Complaint," filed on December 1, 2005 in *Paskowski, et al., v. Derderian, et al.*, (05-002-L).

CLEAR CHANNEL BROADCASTING, INC.
AND CAPSTAR RADIO OPERATING
COMPANY

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 (phone)
(401) 276-6611 (fax)

James J. Restivo, Jr., Esq.
W. Thomas McGough, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131 (phone)
(412) 288-3063 (fax)

Dated: March 17, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of March, 2006, I served a copy of the within ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT, by electronic mail, to the following counsel of record:

| | |
|---|---|
| Brian R. Cunha, Esq. | brian@briancunha.com |
| Karen A. Alegria, Esq. | karen@briancunha.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Ronald Langlois, Esq. | stationfire@smithbrink.com |
| Lauren D. Wilkins, Esq. | stationfire@smithbrink.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah G. Solmor, Esq. | dsolmor@skadden.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | stationfirelitigation@nixonpeabody.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Robert I. Reardon, Jr., Esq. | reardonlaw@aol.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| Daniel J. Horgan, Esq. | horganlaw@snet.net |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |

| | |
|---|---|
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Bruce P. Keller, Esq. | bpkeller@debevoise.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Max Wistow, Esq. | mw@wistbar.com |
| Jessica Deanseris, Esq. | jdean@wistbar.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Peter Schneider, Esq. | pschneider@cmj-law.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul V. Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Charles L. Babcock, Esq. | cbabcock@jw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Georgia A. Sullivan, Esq. | georgia.sullivan@thehartford.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Stephen A. Izzi, Esq. | sizzi@cox.net |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |



PRV_794181_1/SPRIGNANO

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| J. Renn Olenn, Esq. | kbh@olenn-penza.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |