IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DERDERIAN, et al.,<br><br>Defendants. | C.A. No. 03-148L |
| RONALD KINGLSEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DERDERIAN, et al.,<br><br>Defendants. | C.A. No. 03-208L |
| ANDREW PASKOWSKI, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DERDERIAN, et al.,<br><br>Defendants. | C.A. No. 05-002L |

**LEGGETT & PLATT, INCORPORATED AND L&P FINANCIAL SERVICES COMPANY'S ANSWER TO PLAINTIFFS' NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT (STATION NIGHTCLUB FIRE LITIGATION)**

Leggett & Platt, Incorporated and L&P Financial Services Company (collectively "L&P" for purposes of this answer), for their answer to the Passa, Kingsley, and Paskowski[1] Plaintiffs' joint Notice of Adoption of Third Amended Master Complaint (Station Nightclub Fire Litigation), hereinafter "Notice of Adoption," state:

In answering Plaintiffs' adoption of the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffery Derderian, et al. (Defendants), C.A. No. 04-312L, in its entirety, L&P hereby adopts and incorporates by reference, as if fully set forth herein, its Answer and Affirmative and Other Defenses to Plaintiffs' Third Amended Master Complaint in Gray, in its entirety. L&P further answers Plaintiffs' Notice of Adoption as follows.

## PARTIES

### PLAINTIFFS

1 –10.[2] L&P is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1 through 10 of Plaintiffs' Notice of Adoption and therefore denies the same.

---

[1] The Kingsley and Paskowski plaintiffs also filed separate individual "Notice of Adoption of Third Amended Master Complaint." (Documents 126 and 41). Each adopts the Gray Third Amended Master Complaint and contains allegations related only to those respective plaintiffs. These individual filings are identical to this joint filing and, therefore, L&P responds to all such allegations herein.

[2] Paragraphs 1-10 of Plaintiffs' Notice of Adoption are alternatively numbered 249-258 which appear to correspond to the previously reserved paragraphs identified in the First Amended Master Complaint in Gray v. Derderian, C.A. No. 04-312L. The Gray Third Amended Master Complaint no longer reserves these paragraphs and they now apply to different newly identified Gray plaintiffs.

Further answering, L&P denies Plaintiffs are entitled to the relief requested in the "Prayers for Relief" portion of Plaintiffs' Notice of Adoption from L&P.

**GENERAL DENIAL**

L&P denies each and every allegation and legal conclusion set forth in Plaintiffs' Notice of Adoption not specifically admitted herein.

WHEREFORE, defendants L&P, having fully answered Plaintiffs' Notice of Adoption, respectfully prays that Plaintiffs' Notice of Adoption be dismissed with prejudice against L&P, for its costs incurred herein, and for such other relief as this Court deems just and proper.

DEFENDANTS

LEGGETT & PLATT INCORPORATED and
L&P FINANCIAL SERVICES CO.
By their attorneys,

Thomas W. Lyons, Esquire #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700
tlyons@straussfactor.com

George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel.: 816-474-6550
Fax: 816-421-5774

**CERITIFICATION**

I hereby certify that on this 17 day of March, 2006, a copy of the within was sent to all counsel of record by email.