UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW PASKOWSKI, ET AL,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DERDERIAN, ET AL,<br><br>Defendants. | CIVIL ACTION<br>No. 05-002-L |

ANSWER AND JURY CLAIM OF THE DEFENDANT, ABC BUS, INC. d/b/a ABC BUS LEASING, INC. TO THE PLAINTIFFS ANDREW PASKOWSKI, ET AL.S' ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT

1. The plaintiffs, Andrew Paskowski, et al. have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, Civil Action No. 04-312-L, in its entirety.

2. This defendant, ABC Bus, Inc. D/b/a ABC Bus Leasing, Inc. hereby incorporates by reference its answer filed to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, as if set forth fully herein.

JURY CLAIM

Defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. hereby makes a claim for a trial by jury.

ABC BUS, INC. d/b/a ABC BUS LEASING, INC.
By its attorney,

T. Dos Urbanski, R.I. Bar No. 6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
Tel: 401-941-0909
Fax: 401-941-6269
Email: stationlitigation@melicklaw.com

## CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing electronically a copy in pdf format to the following:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Thomas C. Angelone | angelonelaw@aol.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | JPB@wistbar.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| C. Russell Bengston | rbengston@ckmlaw.com |
| James A. Bigos | jim@b-plaw.com |
| Russell Bramley | bramley@hbhlaw.net |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| Kate Breslin-Harden | KBH@olenn-penza.com |
| Joseph B. Burns | jburns@rms-law.com |
| Mark D. Cahill | mcahill@choate.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kim M. Clarke | stationfirelitigation@nixonpeabody.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| John R. Crockett, III | jcrocket@fbtlaw.com |
| Brian R. Cunha | brian@briancunha.com |
| Jessica Deanseris | jdean@wistbar.com |
| Michael DeLuca | mrd@gsm-law.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Anthony F. DeMarco | tdemarco@conversant.com |
| Marc DeSisto | stationfire@desistolaw.com |
| Stephanie DiMaio-Larivee | fonia@msn.com |
| Mark P. Dolan | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquire.com |
| Christopher C. Fallon, Jr. | Cfallon@cozen.com |
| William A. Filippo | wfilippo@calvinlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Edward T. Hinchey | ehinchey@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| James Howe | singinglawyer@msn.com |
| Stephen A. Izzi | stephen.izzi@hklaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller | bpkeller@debevoise.com |
| Fred A. Kelly | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Donna M. Lamontagne | dlamontagne@zizikpowers.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee | jlee@riag.state.ri.us |
| Anthony R. Leone | ricedolank@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |

| | |
|---|---|
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Howard A. Merten | hmerten.station@psh.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | stationfire@hansoncurran.com |
| John J. Nazzaro | attynazzaro@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| Mark Ostrowski | mostrowski@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Robert J. Reardon, Jr. | Reardonlaw@aol.com |
| Charles N. Redihan, Jr. | Credihan@kprlaw.com |
| James H. Reilly, III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo, Jr. | Jrestivo@reedsmith.com |
| Mark T. Reynolds | mtreynolds@conversent.net |
| Steven M. Richard | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon | stationfirelitigation@nixonpeabody.com |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| James Scanlon | jscanlon@sloanewalsh.com |
| Peter Schneider | pschneider@cmj-law.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann Songer | asonger@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Georgia A. Sullivan | georgia.sullivan@thehartford.com |
| Paul V. Sullivan | pvsullivan@morrisonmahoney.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Mark D. Tourgee | aminchillo@itwlaw.com |
| Scott J. Tucker | stucker@ths-law.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Benjamin V. White, III | bwhite@vetterandwhite.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Lauren D. Wilkins | stationfire@smithbrink.com |
| Max Wistow | mw@wistbar.com |
| George E. Wolf, III | gwolf@shb.com |

T. Dos Urbanski
_____________________
T. Dos Urbanski

Date: 3/17/06