UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW PASKOWSKI, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN, ET AL.<br><br>Defendants. | NO.: 05-002-L |

**DEFENDANT'S, LUNA TECH, INC., REVISED ANSWER TO ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

The plaintiffs have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator et al., v. Jeffrey Derderian, et al., CA 04-312L*, and this defendant hereby incorporates the answer filed on its behalf in *Gray* as its answer here. To the extent the plaintiffs' Adoption can be read to assert other claims or allegations against Luna Tech, Inc., they are denied.

Respectfully submitted,
LUNA TECH, INC.

Robert T. Norton (Bar #5492)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: March 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via email, on all counsel of record in all of the Station Fire cases on this 17 day of March 2006.

Robert T. Norton