**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDREW PASKOWSKI, et al. | ) | |
| Plaintiffs, | ) | C.A. No. 05-002L |
| v. | ) | |
| JEFFREY DERDERIAN, et al., | ) | |
| Defendants, | ) | |

**ENTRY OF APPEARANCE**

The undersigned enters their appearance as counsel for Defendants Pregis Corporation and Pregis Innovative Packaging, Inc.

**DEFENDANTS PREGIS CORPORATION AND PREGIS INNOVATIVE PACKAGING, INC.**

S. Michael Levin (#3796)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone (401) 273-8300
Facsimile (401) 272-5728
E-mail: mlevin@wszlaw.com

Dated: June 12, 2006

Peter L. Resnik (Pro hac vice)
Steven W. Kasten (Pro hac vice)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109-1775
Tel: (617) 535-4000
Fax: (617) 535-3800
E-mail: presnik@mwe.com
E-mail: skasten@mwe.com

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record attached hereto.

John Flanagan, Esq.
Airport Professional Park
2348 Post Road
Warwick, RI 02886

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

| | |
|---|---|
| 1. Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. Ann Songer, Esq. and | stationfire@shb.com |
| 5. Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. B. Jon Enciso | jenciso@legalmgt.com |
| 8. Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. Brian Cunha, Esq. | brian@Briancunha.com |
| 11. Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 15. Charles Babcock, Esq. | cbabcock@jw.com |
| 16. Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| 18. Christopher A.D. Hunt, Esq. | chunt@cetcap.com |
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |

| | |
|---|---|
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Esquire Deposition Solutions | stationfire@esquirecom.com |
| 35. Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| 36. Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 37. Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 38. George Sullivan | georgia.sullivan@thehartford.com |
| 39. Henry M. Swan, Esq. | hms@dksblaw.com |
| 40. Howard A. Merten, Esq. | hmerten.station@psh.com |
| 41. Howard Julian | sohohomes@yahoo.com |
| 42. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 43. J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 44. James A. Bigos, Esq. | jim@b-plaw.com |
| 45. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 46. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 47. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 48. James R. Lee, Esq. | jlee@riag.ri.gov |
| 49. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 50. Jessica Deanseris, Esq. | jad@wistbar.com |
| 51. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 52.John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 53. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 54. John J. Flanagan, Esq. | jflanagan@torti.com |
| 55. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 56. John P. Barylick, Esq. | jpb@wistbar.com |
| 57. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 58. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 59. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 60. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 63. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 64. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 65. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 66. Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 67. Kate Harden, Esq. For J. Renn Olenn | kbh@olenn-penza.com |
| 68. Kathleen C. Henry, Esq. | khenry@choate.com |
| 69. Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| 70. Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 71. Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 72. Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 73. Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 74. Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 75. Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 76. Linda Magro, Esq. | jruggieri@hcc-law.com |
| 77. Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 78. Mark D. Cahill, Esq. | mcahill@choate.com |
| 79. Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 80. Mark Hadden, Esq. | mhadden@mhaddenlaw.com |

81. Mark P. Dolan, Esq. ricedolank@aol.com
82. Mark S. Mandell, Esq. msb@msb-atty.com
83. Mark Parsky, Esq. mep@mcveyparsky-law.com
84. Mark T. Nugent, Esq. mnugent@morrisonmahoney.com
85. Mark T. Reynolds, Esq. mtreynolds@conversent.net
86. Mark Ter Molen, Esq. khenry@choate.com
87. Matthew F. Medeiros, Esq. mfm@lmkbw.com
88. Meghan Sullivan, Esq. meghan.sullivan@lw.com
89. Max Wistow, Esq. mw@wistbar.com
90. Michael A. St. Pierre, Esq. mikesp@rrsplaw.com
91. Michael G. Sarli, Esq. mgs@gsm-law.com
92. Michael J. Mazurczak, Esq. stationlitigation@melicklaw.com
93. Michael J. McCormack, Esq.. mmccormack@mccormackfirm.com
94. Michael Potenza, Esq. mpotenza@debevoise.com
95. Michael R. DeLuca, Esq. mrd@gsm-law.com
96. Nancy W. Hamilton, Esq. nhamilton@jw.com
97. Patrick T. Jones, Esq. pjones@cmjlaw.com
98. Peter L. Resnick, Esq. presnick@mwe.com
99. Paul Sullivan, Esq. pvsullivan@morrisonmahoney.com
100. Peter Schneider, Esq. pschneider@cmjlaw.com
101. Ralph J. Monaco, Esq. rmonaco.c-l@snet.net
102. Randall L. Souza, Esq. rsouza@shslawfirm.com
103. Richard W. MacAdams, Esq. rmacadams@mandwlaw.com
104. Robert I. Reardon, Esq. reardonlaw@aol.com
105. Robert T. Norton, Esq. rnorton@sloanewalsh.com
106. Ronald J. Creamer, Esq. resminilaw@yahoo.com
107. Ronald J. Resmini, Esq. resminilaw@yahoo.com
108. Ronald Langlois, Esq. rlanglois@smithbrink.com
109. Russell Bramley, Esq. bramley@hbhlaw.net
110. Scott J. Tucker, Esq. stucker@ths-law.com
111. Stefanie DiMaio-Larivee, Esq. fonia@msn.com
112. Stephanie E. Breggia, Esq. sbreggia@bbglaw.us
113. Stephen Izzi, Esq. Stephen.izzi@hklaw.com
114. Stephen J. MacGillivray, Esq. smacgillivray@edwardsangell.com
115. Stephen M. Prignano, Esq. sprignano@edwardsangell.com
116. Stephen P. Fogerty, Esq. fogerty@halloran-sage.com
117. Stephen T. Armato, Esq. sarmato@cetcap.com
118. Steven A. Minicucci, Esq. sminicucci@calvinolaw.com
119. Steven M. Richard, Esq. stationfirelitigation@nixonpeabody.com
120. Steven W. Kasten, Esq. skasten@mwe.com
121. Stewart F. Grossman, Esq. sgrossman@lgllp.com
122. Susan S. Wettle, Esq. swettle@fbtlaw.com
123. Suzanne O'Donoghue, Esq. sodonoghue@hcc-law.com
124. T. Dos Urbanski, Esq. stationlitigation@melicklaw.com
125. Thomas C. Angelone, Esq. angelonelaw@aol.com
126. Thomas R. Bender, Esq. stationfire@hansoncurran.com

| | |
|---|---|
| 127. Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 128. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 129. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 130. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 131. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 132. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 133. William E. O'Gara, Esq. | wogara@pld-law.com |
| 134. William F. Burke, Esq. | wburke@apslaw.com |