**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDREW PASKOWSKI, et al. | ) | |
| Plaintiffs, | ) | C.A. No. 05-002-L |
| v. | ) | |
| JEFFREY DERDERIAN, et al., | ) | |
| Defendants, | ) | |

**PREGIS CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUPPORTING MEMORANDUM OF LAW**

Defendant Pregis Corporation hereby moves to dismiss the complaint against it for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2). In support hereof, Pregis Corporation adopts and incorporates by reference its Motion to Dismiss for Lack of Personal Jurisdiction, Memorandum of Law in Support of its Motion to Dismiss for Lack of Personal Jurisdiction and the Affidavit of Steven C. Huston filed in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312L.

Respectfully Submitted,

PREGIS CORPORATION

By its Attorneys,

S. Michael Levin (#3796)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, Rhode Island 02903-3980
Tel: (401) 273-8300
Fax: (401) 272-5728 (fax)
mlevin@wszlaw.com

Peter L. Resnik (Pro hac vice)
Steven W. Kasten (Pro hac vice)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109-1775
Tel: (617) 535-4000
Fax: (617) 535-3800
presnik@mwe.com
skasten@mwe.com

Dated: June 12, 2006

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record attached hereto.

| | |
|---|---|
| John Flanagan, Esq.<br>Airport Professional Park<br>2348 Post Road<br>Warwick, RI 02886 | Joseph F. Krowski, Esq.<br>Law Offices of Joseph F. Krowski<br>30 Cottage Street<br>Brockton, MA 02301 |

| | |
|---|---|
| 1. Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. Ann Songer, Esq. and | stationfire@shb.com |
| 5. Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. B. Jon Enciso | jenciso@legalmgt.com |
| 8. Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. Brian Cunha, Esq. | brian@Briancunha.com |
| 11. Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 15. Charles Babcock, Esq. | cbabcock@jw.com |
| 16. Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| 18. Christopher A.D. Hunt, Esq. | chunt@cetcap.com |

| | |
|---|---|
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Esquire Deposition Solutions | stationfire@esquirecom.com |
| 35. Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| 36. Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 37. Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 38. George Sullivan | georgia.sullivan@thehartford.com |
| 39. Henry M. Swan, Esq. | hms@dksblaw.com |
| 40. Howard A. Merten, Esq. | hmerten.station@psh.com |
| 41. Howard Julian | sohohomes@yahoo.com |
| 42. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 43. J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 44. James A. Bigos, Esq. | jim@b-plaw.com |
| 45. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 46. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 47. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 48. James R. Lee, Esq. | jlee@riag.ri.gov |
| 49. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 50. Jessica Deanseris, Esq. | jad@wistbar.com |
| 51. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 52.John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 53. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 54. John J. Flanagan, Esq. | jflanagan@torti.com |
| 55. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 56. John P. Barylick, Esq. | jpb@wistbar.com |
| 57. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 58. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 59. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 60. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 63. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 64. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 65. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 66. Karen A. Alegria, Esq. | Karen@Briancunha.com |

| | |
|---|---|
| 67. Kate Harden, Esq. For J. Renn Olenn | kbh@olenn-penza.com |
| 68. Kathleen C. Henry, Esq. | khenry@choate.com |
| 69. Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| 70. Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 71. Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 72. Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 73. Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 74. Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 75. Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 76. Linda Magro, Esq. | jruggieri@hcc-law.com |
| 77. Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 78. Mark D. Cahill, Esq. | mcahill@choate.com |
| 79. Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 80. Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 81. Mark P. Dolan, Esq. | ricedolank@aol.com |
| 82. Mark S. Mandell, Esq. | msb@msb-atty.com |
| 83. Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 84. Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 85. Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 86. Mark Ter Molen, Esq. | khenry@choate.com |
| 87. Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 88. Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 89. Max Wistow, Esq. | mw@wistbar.com |
| 90. Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 91. Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 92. Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 93. Michael J. McCormack, Esq.. | mmccormack@mccormackfirm.com |
| 94. Michael Potenza, Esq. | mpotenza@debevoise.com |
| 95. Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 96. Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 97. Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 98. Peter L. Resnick, Esq. | presnick@mwe.com |
| 99. Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 100. Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 101. Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 102. Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 103. Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 104. Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 105. Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 106. Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 107. Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 108. Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 109. Russell Bramley, Esq. | bramley@hbhlaw.net |
| 110. Scott J. Tucker, Esq. | stucker@ths-law.com |
| 111. Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 112. Stephanie E. Breggia, Esq. | sbreggia@bbglaw.us |

113. Stephen Izzi, Esq. Stephen.izzi@hklaw.com
114. Stephen J. MacGillivray, Esq. smacgillivray@edwardsangell.com
115. Stephen M. Prignano, Esq. sprignano@edwardsangell.com
116. Stephen P. Fogerty, Esq. fogerty@halloran-sage.com
117. Stephen T. Armato, Esq. sarmato@cetcap.com
118. Steven A. Minicucci, Esq. sminicucci@calvinolaw.com
119. Steven M. Richard, Esq. stationfirelitigation@nixonpeabody.com
120. Steven W. Kasten, Esq. skasten@mwe.com
121. Stewart F. Grossman, Esq. sgrossman@lgllp.com
122. Susan S. Wettle, Esq. swettle@fbtlaw.com
123. Suzanne O'Donoghue, Esq. sodonoghue@hcc-law.com
124. T. Dos Urbanski, Esq. stationlitigation@melicklaw.com
125. Thomas C. Angelone, Esq. angelonelaw@aol.com
126. Thomas R. Bender, Esq. stationfire@hansoncurran.com
127. Thomas W. Lyons, Esq. tlyons@straussfactor.com
128. Timothy A. Williamson, Esq. aminchillo@itwlaw.com
129. Timothy Hardwicke Timothy.Hardwicke@lw.com
130. Tracy L. Poppe, Esq. reardonlaw@aol.com
131. W. Thomas McGough, Jr., Esq. tmcgough@reedsmith.com
132. William A. Filippo, Esq. wfilippo@calvinolaw.com
133. William E. O'Gara, Esq. wogara@pld-law.com
134. William F. Burke, Esq. wburke@apslaw.com