UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al | : | |
| VS. | : | C.A. NO. 03-148L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| JEFFREY DERDERIAN, ET AL | : | |

* * *

| | | |
|---|---|---|
| RONALD KINGSLEY, et al | : | |
| VS. | : | C.A. NO. 03-208L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| JEFFREY DERDERIAN, ET AL | : | |

* * *

| | | |
|---|---|---|
| ANDREW PASKOWSKI, ET AL | : | |
| VS. | : | C.A. NO. 05-002L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| JEFFREY DERDERIAN, ET AL | : | |

## ENTRY OF APPEARANCE

Now comes, BENNETT R. GALLO, ESQ., and hereby enters his appearance in the above captioned matters for the Defendant, SURPLEX UNDERWRITERS, INC.

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH
& BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

**CERTIFICATION**

I, the undersigned, do hereby certify on this 29th day of June, 2006, that an exact copy of the within Entry of Appearance was electronically mailed to the individuals list in the attached Exhibit "A":

Lisa G. Christofaro