UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANDREW PASKOWSKI, ET AL, :
Plaintiffs

-VS- :C.A.NO.05-002L
(Adopting Third Amended
JEFFREY DERDERIAN, ET AL, : Master Complaint in
Defendants C.A. No. 04-312L)

**PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION DEFENDANT, POLAR INDUSTRIES, INC.'S MOTION TO DISMISS**

Now come the Plaintiffs in the above entitled cause and herein withdraw their Motion for Extension of Time to Respond to Defendant, Polar Industries, Inc.'s Motion to Dismiss which was filed as docket entry #910 on the Gray docket. Plaintiffs continue to adopt the Objection and Memorandum in Opposition filed by the Gray Plaintiffs as docket entry #879.

By their Attorney,

BY: [signature]

RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Providence, Rhode Island 02903
DATED: June 20, 2006
(401)751-8855

Enter:
Ronald R. Lagueux
SR. USDJ 7/12/06