O 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF OF RHODE ISLAND

ANDREW PASKOWSKI, ET AL

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-002L

TO: (Name and address of defendant) RESIDENT AGENT FOR SERVICE OR PROCESS FOR:
SEALED AIR CORP.

Prentice Hall Corp. System, Inc.
2711 Centerville Rd., Suite 400
Wilmington, DE 19808
CERTIFIED MAIL RETURN RECEIPT REQUESTED NO.:
7005 1160 0000 2001 3723

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald J. Resmini, Esq.
155 So. Main St. Suite 400
Providence, R.I. 02903
(401)751-8855

n answer to the complaint which is herewith served upon you, within 20 days after service of his summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for he relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of me after service.

Paulette J. Duke
Chief Deputy Clerk

LERK

DATE 7-7-06

Y) DEPUTY CLERK

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prentice Hall Corp. System, Inc.
2711 Centerville Rd.
Suite 400
Wilmington, DE 19808

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature X Laura Cooper ☐ Agent ☐ Addressee

B. Received by (Printed Name) Laura Cooper

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE 19808 JUL 10 2006 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7005 1160 0000 2001 3723

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540